FILED
DEC 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE )
)
and )
)
JANE ROE, )
      Plaintiffs, )
)
v. )
)
DISTRICT OF COLUMBIA, )
)
and )
)
CORRECTIONS CORPORATION OF )
AMERICA, INC., )
)
and )
)
ELRY MCKNIGHT, )
)
and )
)
JOHN GANT, )
)
      Defendants. )

06 2203

## PROPOSED ORDER

Plaintiffs' Motion to Proceed Under Pseudonym is GRANTED. Plaintiffs are permitted to proceed as "Jane Doe" and "Jane Roe" in all filings in the above-captioned case. *at this time subject to further order of the Court.*

ORDERED this 14 day of December, 2006.

            _____
            United States District Court
            for the District of Columbia

400496831v1

Send copies to:

THOMAS C. HILL (Counsel for Plaintiffs)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128

DISTRICT OF COLUMBIA (Defendant)
Eugene Adams, Interim Attorney General for the District of Columbia
Attorney General's Office
441 4th Street, N.W.
Suite 600
Washington, DC 20001

DISTRICT OF COLUMBIA (Defendant)
The Honorable Mayor of the District of Columbia
Anthony Williams
Office of the Secretary
1350 Pennsylvania Ave., N.W.
Suite 419
Washington, DC 20004

CORRECTIONS CORPORATION OF AMERICA, INC. (Defendant)
CT Corporation System.
1025 Vermont Ave., N.W.
Washington, DC 20005

ELRY MCKNIGHT (Defendant)
3431 Stanton Road, SE
Washington, DC 20002

JOHN GANT (Defendant)
9467 Keepsake Way
Columbia, MD 21046-2017