UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 06-2203 (ESH) |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGMENT OF TIME TO FILE RESPONSE TO THE COMPLAINT**

The District of Columbia, by and through its undersigned counsel and with the consent of counsel for Plaintiff, respectfully requests that the Court grant an additional thirty (30) days to file an Answer to the Complaint or other responsive pleading. In support thereof, the District of Columbia states as follows:

1.  The above-captioned matter was filed on December 14, 2006. One individual defendant, John Gant, has not yet been served.

2.  Plaintiffs are proceeding under pseudonyms and the District of Columbia has not yet had access to the identities of the Plaintiffs. Undersigned counsel is reviewing the protective order proposed by Plaintiffs and requires additional time to investigate this matter and to determine whether there has been proper service on the District of Columbia.

3.  By filing this Motion, the District of Columbia does not waive its right to proper service for the District, or the right to move to dismiss on this ground or any other ground.

4. The District submits that no party would be prejudiced by the requested extension of time. Moreover, counsel for Plaintiff has consented to the relief requested herein, and no counsel has yet entered an appearance for the other Defendants.

Accordingly, the District of Columbia requests that the Court grant a thirty-day extension of time, up to and including February 22, 2007, to file an Answer or other responsive pleading in this matter.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
NICOLE L. LYNCH (471953)
Chief, Section II


_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 06-2203 (ESH) |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

1.   Fed. R. Civ. P. 6(b).

2.   Fed. R. Civ. P. 12.

3.   The interests of justice and the record herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
NICOLE L. LYNCH (471953)
Chief, Section II

_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JANE DOE,** *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 06-2203 (ESH) |
| | ) | |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the District of Columbia's Consent Motion for Enlargement of Time to File a Response to the Complaint. Upon consideration of the District's Motion and the entire record herein, it is this ___ day of _____, 2007:

**ORDERED** that the District of Columbia's Consent Motion be and hereby is **granted**; and it is

**FURTHER ORDERED** that the District shall have up to and including February 22, 2007 to file a responsive pleading in this matter.

_____
Hon. Ellen Segal Huvelle
United States District Judge