IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE<br><br>and<br><br>JANE ROE,<br>　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>and<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.,<br><br>and<br><br>ELRY MCKNIGHT,<br><br>and<br><br>JOHN GANT,<br><br>　　　　Defendants. | Civil Action No. 1:06CV02203 (EHS) |

## PLAINTIFFS' PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Plaintiffs Jane Roe and Jane Doe submit the attached four (4) Affidavits of Service (Attachment 1) as proof of service on Defendants the District of Columbia, Corrections Corporation of America, Inc., and Elry McKnight.

DATED: January 17, 2007				Respectfully submitted,


							/s/      Thomas C. Hill
							Thomas C. Hill (D.C. Bar #242974)
							Ashley McDonald (D.C. Bar #486054)
							PILLSBURY WINTHROP SHAW PITTMAN LLP
							2300 N Street, N.W.
							Washington, D.C. 20037-1128
							(202) 663-8000

							Philip Fornaci (D.C. Bar #434824)
							Deborah M. Golden (D.C. Bar #470578)
							D.C. Prisoners' Project
							Washington Lawyers' Committee for Civil Rights
								and Urban Affairs
							11 Dupont Circle, Suite 400
							Washington, D.C. 20036
							(202) 319-1000


							Attorneys for Plaintiffs
							Jane Roe & Jane Doe

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007 a copy of the foregoing Plaintiffs' Proof of Service of Summons and Complaint was served by First-Class U.S. Mail on the following parties:

DISTRICT OF COLUMBIA (Defendant)
Shana L. Frost, Assistant Attorney General
Attorney General's Office
441 4th Street, N.W., 6S051
Washington, DC 20001
Attorney for Defendant District of Columbia

CORRECTIONS CORPORATION OF AMERICA, INC. (Defendant)
CT Corporation System.
1025 Vermont Ave., N.W.
Washington, DC 20005

ELRY MCKNIGHT (Defendant)
5913 Crown Street
Capitol Heights, MD 20743-2008

JOHN GANT (Defendant)
9467 Keepsake Way
Columbia, MD 21046-2017

_____
Ellen Connelly Cohen

# Attachment 1:

# Affidavits of Service

Case 1:06-cv-02203-ESH  Document 7-2  Filed 01/17/2007  Page 1 of 9

AO 440° (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jane Doe and Jane Roe

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia,
Corrections Corporation of America, Inc.
Elry McKnight
John Gant

CASE NUMBER   1:06CV02203

JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 12/14/2006

TO: (Name and address of Defendant)

District of Columbia.   Serve:
Eugene Adams, Interim Attorney General for the District of Columbia
Attorney General's Office, 441 4th Street, NW, Suite 600,
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas C. Hill & Ashley McDonald
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W., Washington, D.C. 20037-1128   Phone: (202) 663-8000

Philip Fornaci & Deborah M. Golden
D.C. Prisoners' Project/Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400 Washington, D.C. 20036  Phone: (202) 319-1000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        DEC 14 2006
CLERK                                                              DATE

_(signature)_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jane Doe, et al.

vs.

District of Columbia, et al.

No. 1:06CV02203 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint; Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe"; Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe"; Local Civil Rule 7(m) Statement; [Proposed] Order; Plaintiffs' Motion for Protective Order; Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Protective Order; Federal Rule of Civil Procedure 26(c) and Local Civil Rule 7(m) Statement; Protective Order and Exhibit A in the above entitled case, hereby depose and say:

That my date of birth / age is         -1971.      **REDACTED**

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:33 pm on December 29, 2006, I served District of Columbia c/o Eugene Adams, Interim Attorney General for the District of Columbia at Attorney General's Office, 441 4th Street, NW, Suite 600, Washington, DC 20001 by serving Gale Rivers, Legal Assistant, authorized to accept. Described herein:

```
   SEX-   FEMALE
   AGE-   50
HEIGHT-   5'7"
  HAIR-   BLACK
WEIGHT-   125
  RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on __1/2/07__
          Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181721

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jane Doe and Jane Roe

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia,
Corrections Corporation of America, Inc.
Elry McKnight
John Gant

CASE NUMBER  1:06CV02203

JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 12/14/2006

TO: (Name and address of Defendant)

District of Columbia.  Serve:
The Honorable Mayor of the District of Columbia,
Anthony Williams
Office of the Secretary, 1350 Pennsylvania Ave, NW, Suite 419
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas C. Hill & Ashley McDonald
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W., Washington, D.C. 20037-1128  Phone: (202) 663-8000

Philip Fornaci & Deborah M. Golden
D.C. Prisoners' Project/Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400 Washington, D.C. 20036  Phone: (202) 319-1000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 14 2006

CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jane Doe, et al.

vs.

District of Columbia, et al.

No. 1:06CV02203 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint; Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe"; Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe"; Local Civil Rule 7(m) Statement; [Proposed] Order; Plaintiffs' Motion for Protective Order; Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Protective Order; Federal Rule of Civil Procedure 26(c) and Local Civil Rule 7(m) Statement; Protective Order and Exhibit A in the above entitled case, hereby depose and say:

   That my date of birth / age is      -1971.      **REDACTED**

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 10:49 am on January 3, 2007, I served District of Columbia c/o The Honorable Mayor of the District of Columbia, Anthony Williams at Office of the Secretary, 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20004 by serving Tabitha Braxton, Correspondence Clerk, authorized to accept.  Described herein:

   SEX-    FEMALE
   AGE-    30
HEIGHT-   5'5"
  HAIR-   BLACK
WEIGHT-   130
  RACE-   BLACK

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  1-4-07
             Date

                                    _____
                                    DANIEL F. PORTNOY
                                    1827 18th Street, N.W.,
                                    Washington, D.C. 20009
                                    Our File#- 181719

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jane Doe and Jane Roe

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia,
Corrections Corporation of America, Inc.
Elry McKnight
John Gant

CASE NUMBER  1:06CV02203

CA  JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 12/14/2006

TO: (Name and address of Defendant)

Corrections Corporation of America, Inc.
SERVE: CT Corporation System
1025 Vermont Avenue, NW
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas C. Hill & Ashley McDonald
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W., Washington, D.C. 20037-1128   Phone: (202) 663-8000

Philip Fornaci & Deborah M. Golden
D.C. Prisoners' Project/Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400 Washington, D.C. 20036   Phone: (202) 319-1000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 1 4 2006

CLERK                                DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jane Doe, et al.

vs.

District of Columbia, et al.

No. 1:06CV02203 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint; Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe"; Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe"; Local Civil Rule 7(m) Statement; [Proposed] Order; Plaintiffs' Motion for Protective Order; Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Protective Order; Federal Rule of Civil Procedure 26(c) and Local Civil Rule 7(m) Statement; Protective Order and Exhibit A in the above entitled case, hereby depose and say:

That my date of birth / age is          -1971.   **REDACTED**

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:46 pm on December 29, 2006, I served Corrections Corporation of America, Inc. c/o CT Corporation System at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Louis Lance, Fulfillment Specialist, authorized to accept.  Described herein:

```
SEX-     MALE
AGE-     45
HEIGHT-  5'9"
HAIR-    BLACK/GRAY
WEIGHT-  165
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___1/11/07___
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181717

AO 440 (Rev. DC - September 2003) Summons in a Civil Action.

# UNITED STATES DISTRICT COURT
## District of Columbia

Jane Doe and Jane Roe

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia,
Corrections Corporation of America, Inc.
Elry McKnight
John Gant

CASE NUMBER   1:06CV02203

JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 12/██/2006

TO: (Name and address of Defendant)

Elry McKnight
3431 Stanton Road, SE
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas C. Hill & Ashley McDonald
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W., Washington, D.C. 20037-1128   Phone: (202) 663-8000

Philip Fornaci & Deborah M. Golden
D.C. Prisoners' Project/Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400 Washington, D.C. 20036  Phone: (202) 319-1000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 14 2006
CLERK                                DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jane Doe, et al.

vs.

District of Columbia, et al.

No. 1:06CV02203 ESH

AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint; Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe"; Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe"; Local Civil Rule 7(m) Statement; [Proposed] Order; Plaintiffs' Motion for Protective Order; Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Protective Order; Federal Rule of Civil Procedure 26(c) and Local Civil Rule 7(m) Statement; Protective Order and Exhibit A in the above entitled case, hereby depose and say:

That my date of birth / age is    -1941.   REDACTED

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:40 pm on January 9, 2007, I served Elry McKnight at 5913 Crown Street, Capital Heights, Maryland 20743 by serving Lazonda McKnight, wife, a person of suitable age and discretion who stated she resides therein with the defendant. Described herein:

```
SEX-     FEMALE
AGE-     43
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  140
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  1-10-07
                Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181722