IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe, <br><br>           Plaintiff, <br><br>     v. <br><br> District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant, <br><br>           Defendants. | Civil Action No. 1:06-cv-02203 |

## DEMAND FOR JURY TRIAL OF DEFENDANT, CORRECTIONS CORPORATION OF AMERICA

Pursuant to Rule 38, FED.R.CIV., Defendant, through counsel, requests a trial by jury of all triable issues in the above-captioned matter.

Dated: February 1, 2007

By:     s/ Daniel P. Struck
Daniel P. Struck, DC Bar No. CO0037
Jennifer L. Holsman, DC Bar No. 495296
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-1700
Facsimile:   (602) 263-1784

Paul J. Maloney, DC Bar No. 362533
Colleen Durbin, DC Bar No. 500039
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036
Telephone:      (202) 310-5500
Facsimile:       (202) 310-5555

Attorneys for Defendants, *Corrections Corporation of America*