IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>        Plaintiff,<br><br>   v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>        Defendants. | Civil Action No. 1:06-cv-02203<br><br>NOTICE OF APPEARANCE OF JENNIFER L. HOLSMAN |

      Jennifer L. Holsman of JONES, SKELTON & HOCHULI, P.L.C., hereby gives notice of her appearance as attorney of record for Defendant, Corrections Corporation of America, and requests that copies of notices, pleadings, awards, correspondence and other matters of record be served upon her.

Dated: February 2, 2007

                                        By:   s/ Jennifer L. Holsman
                                              Daniel P. Struck, DC Bar No. CO0037
                                              Jennifer L. Holsman, DC Bar No. 495296
                                              JONES, SKELTON & HOCHULI, P.L.C.
                                              2901 North Central Avenue, Suite 800
                                              Phoenix, Arizona 85012
                                              Telephone:  (602) 263-1700
                                              Facsimile:   (602) 263-1784

                                              Paul J. Maloney, DC Bar No. 362533
                                              Colleen Durbin, DC Bar No. 500039
                                              CARR MALONEY, P.C.
                                              1615 L Street, N.W., Suite 500
                                              Washington, DC 20036
                                              Telephone:     (202) 310-5500
                                              Facsimile:      (202) 310-5555
                                              Attorneys for Defendant, *Corrections Corporation of America*

ORIGINAL of the foregoing
E-filed this 2nd day of February, 2007.

- 2 -

1740085.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007 a copy of the foregoing Notice of Appearance was served by First Class U.S. Mail on the following parties:

Thomas C. hill
Ashley McDonald
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, D.C. 20037-1128
*Attorneys for Plaintiffs*

Philip Fornaci
Deborah M Golden
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil Rights
  and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
*Attorneys for Plaintiffs*

District of Columbia
c/o Shana L. Frost, Assistant Attorney General
441 4th St., NW 6S051
Washington, DC 20001
*Attorneys for Defendant District of Columbia*

Elry McKnight (Defendant)
5913 Crown street
Capitol Heights, MD 20743-2008

John Gant (Defendant)
9467 Keepsake Way
Columbia, MD 21046-2017

      /s/Peggy Sue Trakes

1740085.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>        Plaintiff,<br><br>   v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>        Defendants. | Civil Action No. 1:06-cv-02203<br><br>NOTICE OF APPEARANCE OF JENNIFER L. HOLSMAN |

      Jennifer L. Holsman of JONES, SKELTON & HOCHULI, P.L.C., hereby gives notice of her appearance as attorney of record for Defendant, Corrections Corporation of America, and requests that copies of notices, pleadings, awards, correspondence and other matters of record be served upon her.

Dated: February 2, 2007

                                          By:   s/ Jennifer L. Holsman
                                                Daniel P. Struck, DC Bar No. CO0037
                                                Jennifer L. Holsman, DC Bar No. 495296
                                                JONES, SKELTON & HOCHULI, P.L.C.
                                                2901 North Central Avenue, Suite 800
                                                Phoenix, Arizona  85012
                                                Telephone:  (602) 263-1700
                                                Facsimile:   (602) 263-1784

                                                Paul J. Maloney, DC Bar No. 362533
                                                Colleen Durbin, DC Bar No. 500039
                                                CARR MALONEY, P.C.
                                                1615 L Street, N.W., Suite 500
                                                Washington, DC  20036
                                                Telephone:       (202) 310-5500
                                                Facsimile:        (202) 310-5555
                                                Attorneys for Defendant, *Corrections Corporation of America*

1740085.1

ORIGINAL of the foregoing
E-filed this 2nd day of February, 2007.

- 2 -

1740085.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007 a copy of the foregoing Notice of Appearance was served by First Class U.S. Mail on the following parties:

Thomas C. hill
Ashley McDonald
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, D.C. 20037-1128
*Attorneys for Plaintiffs*

Philip Fornaci
Deborah M Golden
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil Rights
  and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
*Attorneys for Plaintiffs*

District of Columbia
c/o Shana L. Frost, Assistant Attorney General
441 4th St., NW 6S051
Washington, DC 20001
*Attorneys for Defendant District of Columbia*

Elry McKnight (Defendant)
5913 Crown street
Capitol Heights, MD 20743-2008

John Gant (Defendant)
9467 Keepsake Way
Columbia, MD 21046-2017

      /s/Peggy Sue Trakes