# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RECEIVED

JANE DOE, JANE ROE         Plaintiffs

FEB - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

DISTRICT OF COLUMBIA,                    Civil Action No. 1:06CV02203(EHS)

and

CORRECTIONS CORPORATION OF
AMERICA, INC.,

And

ELRY MCKNIGHT    Defendants


Defendant Elry Mcknight Answer to Complaint


1) I would like a motion to Drop the Jane Roe law suit towards me Dismiss, because I was not mentioned nor named in any of her allegation. I also wish to have separate trials as to not confuse the jury that I had any evolvement with that case.

2) I would like a motion to dismiss Jane Doe lawsuit against myself because no laws were broken by Elry McKnight. This complaint by Jane Doe Was throughly investigated by CCA, DC MPD, and FBI. No charges were filed, no indictments, no Laws were broken! This is a desperate attempt to harass me, publicly embarrass me and financially cripple me with a frivolous law suit.

3) I would like a motion to remove Jane Doe and Jane Roe from all legal documents and the use of their legal names for this law suit. Jane Doe in earlier statements referred to me as the "Big Black Hairy Officer"! Allowing the Plaintiffs to use Allies will hamper me from receiving a fair

3) trial because of the appearance that the Plaintiffs life is at risk! Also it give the Plaintiffs an unfair advantage to use my Race and size to mount a case! Also both Plaintiffs or convicted criminals access to their public records will be vital for my defense!

4) I would like a motion to dismiss because of lines 28, 29, 30. I Elry Mcknight have never been employed by DCDC or DC Govt. my entire life! These false statement were purposely add to enhance their case and publicly slander my name.
Line 63, I resigned from CCA with a one week notice for another job at World Bank and IMF with a very high recommendation from CCA. I have never given or was fired for giving female inmates any contraband! These are not mistakes, but are purposely wrong information add to this lawsuit to insure that it happens regardless of the truth!

5) I would like a motion to leave open a countersuit against both Plaintiffs but must confer with a lawyer, seeing how I am financially unable to do so at this time. I hope the court can keep open until I am appointed a lawyer. I ask for the courts to excuse the non professionalism of my motion but I was force to summit them myself to make the deadline and couldn't afford a lawyer.

*Elry Mcknight*
Elry Mcknight
5913 Crown St
Capital Hts, MD
20743
240-354-3061

## CERTIFICATE OF SERVICE

I, ELRY MCKNIGHT HAVE MAILED A COPY OF THIS MOTION TO

Thomas C Hill & Ashley McDonald
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037-1128


Phillip Fornaci & Deborah M..Golden
DC Prisoners' Project/ Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400
Washington, DC 20036

*Elry McKnight*
Elry Mcknight
5913 Crown St
Capital Hts, MD
20746
240-354-3061