# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JANE DOE, JANE ROE     Plaintiffs

V.

DISTRICT OF COLUMBIA,         Civil Action No. 1:06CV02203(EHS)

and

CORRECTIONS CORPORATION OF AMERICA, INC.,

And

ELRY MCKNIGHT     Defendants

RECEIVED
FEB - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR COURT APPOINTED COUNSEL

Due to extreme financial hardship.

Elry Mcknight
5913 Crown st
Capital heights MD 20743
240-354-3061