IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JANE DOE**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV02203 (EHS) |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

### PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME FOR INITIAL SCHEDULING CONFERENCE

Plaintiffs Jane Doe and Jane Roe, by and through undersigned counsel and with the consent of counsel for Defendants District of Columbia, counsel for Corrections Corporation of America, and prospective counsel for Elry McKnight, respectfully request that the Court grant an enlargement of time for the initial scheduling conference in this matter. Plaintiffs request that the Court change the date for the initial scheduling conference from March 14, 2007, to any day during the week of April 2, 2007, chosen by the Court at the Court's convenience.

The grounds for this motion are fully set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Consent Motion for Enlargement of Time for Initial Scheduling Conference, the contents of which are incorporated herein by reference.

1

DATED: February 9, 2007                    Respectfully submitted,

/s/ Ashley McDonald
Thomas C. Hill (D.C. Bar #242974)
Ashley McDonald (D.C. Bar #486054)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000

Philip Fornaci (D.C. Bar #434824)
Deborah M. Golden (D.C. Bar #470578)
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil Rights
    and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
(202) 319-1000

Attorneys for Plaintiffs Jane Roe & Jane Doe

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JANE DOE**, *et al.*,            ) | |
|                                    ) | |
|         Plaintiffs,                ) | |
|                                    ) | |
|      v.                            ) | Civil Action No. 1:06CV02203 (EHS) |
|                                    ) | |
| **DISTRICT OF COLUMBIA**, *et al.*,) | |
|                                    ) | |
|         Defendants.                ) | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' CONSENT MOTION FOR
ENLARGEMENT OF TIME FOR INITIAL SCHEDULING CONFERENCE**

Plaintiffs Jane Doe and Jane Roe, by and through undersigned counsel and with the consent of counsel for Defendants District of Columbia, counsel for Corrections Corporation of America, and prospective counsel for Elry McKnight, respectfully request that the Court grant an enlargement of time for the initial scheduling conference in this matter. Plaintiffs request that the Court change the date for the initial scheduling conference to any day during the week of April 2, 2007, chosen by the Court at the Court's convenience. In support thereof, Plaintiffs state as follows:

1.  On February 2, 2007, the Court issued an order setting the initial scheduling conference for March 14, 2007, at 9:30 a.m. Pursuant to Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), counsel shall confer at least 21 days prior to the date of the scheduling conference. Therefore, the deadline for counsel to confer is currently February 21, 2007.

2.  On January 18, 2007, the Court granted Defendant District of Columbia's motion for an enlargement of time to file its Answer or other responsive pleading in this matter. The District of Columbia's Answer is due by or on February 22, 2007, one day after the current

3

deadline for counsel to confer. Postponing the initial scheduling conference would enable the parties to postpone their meet and confer until after Defendant District of Columbia has filed an Answer.

3. One of the Defendants in this matter, John Gant, has not yet been served with a copy of the Complaint because Plaintiffs have been unable to locate him.

4. Plaintiffs submit that no party would be prejudiced by the requested enlargement of time. In fact, postponing the initial scheduling conference, and thus postponing the parties' meet and confer, would enable both the meeting and the subsequent scheduling conference to be more productive. Moreover, Shana Frost, counsel for Defendant District of Columbia; Daniel Struck, counsel for Defendant Corrections Corporation of America; and Dwight Murray, prospective counsel for Defendant Elry McKnight, have all consented to the enlargement of time requested herein. Mr. Murray anticipates entering an appearance in this case in the near future.

Accordingly, Plaintiffs Jane Doe and Jane Roe respectfully request that the Court change the date for the initial scheduling conference to any day during the week of April 2, 2007, chosen by the Court at the Court's convenience.

DATED: February 9, 2007                    Respectfully submitted,

/s/ Ashley McDonald
Thomas C. Hill (D.C. Bar #242974)
Ashley McDonald (D.C. Bar #486054)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000

4

Philip Fornaci (D.C. Bar #434824)
Deborah M. Golden (D.C. Bar #470578)
D.C. Prisoners' Project of the Washington Lawyers'
    Committee for Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
(202) 319-1000

Attorneys for Plaintiffs Jane Roe & Jane Doe

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, a copy of the foregoing Plaintiffs' Consent Motion for Enlargement of Time for Initial Scheduling Conference and accompanying documents were served via ECF on the following counsel of record:

>Shana Lyn Frost
>shana.frost@dc.gov
>
>Daniel P. Struck
>dstruck@jshfirm.com
>
>Jennifer L. Holsman
>jholsman@jshfirm.com

I further certify that on February 9, 2007, a copy of the foregoing Plaintiffs' Consent Motion for Enlargement of Time for Initial Scheduling Conference and accompanying documents were served via first class U.S. mail on the following people:

>Defendant Elry McKnight
>5913 Crown Street
>Capital Heights, MD 20743
>
>Dwight D. Murray
>Jordan Coyne & Savits, L.L.P.
>1100 Connecticut Ave., N.W.
>Suite 600
>Washington, D.C. 20036

/s/ Ashley McDonald
Ashley McDonald

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )  Civil Action No. 1:06CV02203 (EHS)<br>  )<br>**DISTRICT OF COLUMBIA**, *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | |

### PROPOSED ORDER

Before the Court is Plaintiffs' Consent Motion for Enlargement of Time for Initial Scheduling Conference. Upon consideration of Plaintiffs' Motion and the entire record herein, it is this _____ day of _____, 2007:

**ORDERED** that Plaintiffs' Consent Motion be and hereby is **granted**; and it is

**FURTHER ORDERED** that the Initial Scheduling Conference in this matter will be held on the _____ day of _____, 2007.

_____
Hon. Ellen Segal Huvelle
United States District Judge

400527306v1