# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Jane Doe and Jane Roe,

                Plaintiff,

     v.

District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,

                Defendant.

Civil Action No. 1:06-cv-002203

**DEFENDANTS DISTRICT OF COLUMBIA AND CORRECTIONS CORPORATION OF AMERICA'S MOTION TO EXTEND DEADLINE**

       Defendants, District of Columbia and Corrections Corporation of America, hereby move this Court for an Order extending the responsive pleading deadline for the District of Columbia through March 5, 2007.  This short extension will not affect the deadlines issued by the Court in its February 7, 2007 Order regarding the meet and confer, Rule 16 Case Management Plan or Rule 16 Hearing scheduled for April 2, 2007.  All parties have been contacted and have consented to the extension of the deadline to March 5, 2007.

       This request for a short continuance of the responsive pleading deadline is not made in bad faith or for the purpose of delay. The parties would like to move this matter forward in a timely fashion and are not seeking to unduly delay this case, but need additional time due to the District and CCA working out issues relating to contractual obligations to defend the District.

Dated: February 22, 2007

By:    s/ Jennifer L. Holsman

Daniel P. Struck, DC Bar No. CO0037
Jennifer L. Holsman, DC Bar No. 495296
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:   (602) 263-1700
Facsimile:    (602) 263-1784

Paul J. Maloney, DC Bar No. 362533
Colleen Durbin, DC Bar No. 500039
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036
Telephone:       (202) 310-5500
Facsimile:       (202) 310-5555
Attorneys for Defendants, *Corrections*
*Corporation of America*

ORIGINAL of the foregoing
E-filed this 22nd day of February, 2007.

By ____ /s/Peggy Sue Trakes

1740110.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2007 a copy of the foregoing Notice of Appearance

was served by First Class U.S. Mail on the following parties:

Thomas C. Hill
Ashley McDonald
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, D.C. 20037-1128
*Attorneys for Plaintiffs*

Philip Fornaci
Deborah M Golden
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil Rights
   and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
*Attorneys for Plaintiffs*

District of Columbia
c/o Shana L. Frost, Assistant Attorney General
441 4th St., NW 6S051
Washington, DC 20001
*Attorneys for Defendant District of Columbia*

Dwight Murray
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue., N.W.
Suite 600
Washington, D.C. 20026
*Attorney for Defendants McKnight and Gant*


_____/s/Peggy Sue Trakes___

1740110.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Jane Doe and Jane Roe,

     Plaintiff,

  v.

District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,

     Defendant.

Civil Action No. 1:06-cv-02203

### <u>ORDER</u>

  UPON CONSIDERATION of Defendants District of Columbia and Corrections

Corporation of America's Motion to Extend Deadline, and good cause appearing therefore,

  IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and that the

responsive pleading deadline is extended to March 5, 2007.

Date:_____   _____

        The Honorable Ellen S. Huvelle
        United States District Judge

1747292.1

1747292.1