IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br>    Defendants. | Civil Action No. 1:06cv02203 (EHS) |

**PLAINTIFFS' PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

Plaintiffs Jane Roe and Jane Doe submit the attached Affidavit of Service (Attachment 1) as proof of service on Defendant John R. Gant.

DATED: February 27, 2007

Respectfully submitted,

/s/   Thomas C. Hill
Thomas C. Hill (D.C. Bar #242974)
Ashley McDonald (D.C. Bar #486054)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000

Philip Fornaci (D.C. Bar #434824)
Deborah M. Golden (D.C. Bar #470578)
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil Rights
    and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
(202) 319-1000

Attorneys for Plaintiffs Jane Roe & Jane Doe

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2007, a copy of the foregoing Plaintiffs' Proof of Service of Summons and Complaint was served via ECF on the following counsel of record:

>Shana Lyn Frost
>shana.frost@dc.gov
>
>Daniel P. Struck
>dstruck@jshfirm.com
>
>Jennifer L. Holsman
>jholsman@jshfirm.com
>
>Dwight D. Murray
>d.murray@jocs-law.com

I further certify that on February 27, 2007, a copy of the foregoing Plaintiffs' Proof of Service of Summons and Complaint and accompanying documents were served via first class U.S. mail on the following person:

>John R. Gant
>421 Kettering Drive
>Upper Marlboro, MD 20774

_Ellen Connelly Cohen_
Ellen Connelly Cohen

# ATTACHMENT 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jane Doe and Jane Roe

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia,
Corrections Corporation of America, Inc.
Elry McKnight
John Gant

CASE NUMBER   1:06CV02203

JUDGE: Ellen Segal Huvelle

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 12/14/2006

TO: (Name and address of Defendant)

John Gant
9467 Keepsake Way
Columbia, MD 21046-2017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas C. Hill & Ashley McDonald
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W., Washington, D.C. 20037-1128  Phone: (202) 663-8000

Philip Fornaci & Deborah M. Golden
D.C. Prisoners' Project/Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400 Washington, D.C. 20036  Phone: (202) 319-1000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**        DEC 14 2006
CLERK                                  DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jane Doe, et al.

vs.

District of Columbia, et al.

**REDACTED**

No. 1:06CV02203 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint; Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe"; Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe"; Local Civil Rule 7(m) Statement; Proposed Order; Plaintiffs' Motion for Protective Order; Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Protective Order; Federal Rule of Civil Procedure 26(c) and Local Civil Rule 7(m) Statement; Protective Order with Exhibit A; Plaintiffs' Proof of Service of Summons and Complaint with Attachments in the above entitled case, hereby depose and say:

That my date of birth / age is         -1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:30 am on February 11, 2007, I served John Gant at 421 Kettering Drive, Upper Marlboro, Maryland 20774 by serving John Gant, personally. Described herein:

```
SEX-     MALE
AGE-     55
HEIGHT-  5'11"
HAIR-    BLACK
WEIGHT-  200
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 2/12/07
            Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 183470