UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JANE DOE and JANE ROE, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No.: 1:06cv2203 (ESH) |
| : | |
| CORRECTIONS CORPORATION OF : | |
| AMERICA, et al., : | |
| : | |
| Defendants. : | |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Mariana D. Bravo, Esquire and Paul J. Maloney, Esquire, as co-counsel for Corrections Corporation of America.

Respectfully submitted,

CARR MALONEY P.C.                    CARR MALONEY P.C.

_____    _____
Paul J. Maloney, #362533              Mariana D. Bravo, #437809
1615 l Street, N.W., Suite 500        1615 L Street, N.W.
Suite 500                             Suite 500
Washington, D.C. 20036                Washington, D.C. 20036
(202) 310-5500 (telephone)            (202) 310-5500 (telephone)
(202) 310-5555 (facsimile)            (202) 310-5555 (facsimile)

20070213-NOG-10 (entry of appearance)

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was e-filed on this 20th day of March, 2007 to:

>Thomas A. Hill, Esquire
>Ashley McDonald, Esquire
>Pillsbury Winthrop Shaw Pittman LLP
>2300 N Street, N.W.
>Washington, D.C.  20037-1128
>Counsel for Plaintiffs
>
>Philip Fornaci, Esquire
>Deborah M. Golden, Esquire
>D.C. Prisoners' Project
>Washington Lawyers' Committee for Civil
>Rights and Urban Affairs
>11 DuPont Circle, N.W., Suite 400
>Washington, D.C.  20036

_____
Mariana D. Bravo

_____
Paul J. Maloney