UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| JANE DOE and JANE ROE, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No.: 1:06cv2203 (ESH) |
| | : | |
| CORRECTIONS CORPORATION OF | : | |
| AMERICA, et al., | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Mariana D. Bravo, Esquire and Paul J. Maloney, Esquire, as co-counsel for Corrections Corporation of America.

Respectfully submitted,

CARR MALONEY P.C.                    CARR MALONEY P.C.


_Paul J. Maloney_                       _Mariana_


_____        _____

Paul J. Maloney, #362533              Mariana D. Bravo, #437809
1615 l Street, N.W., Suite 500        1615 L Street, N.W.
Suite 500                             Suite 500
Washington, D.C. 20036                Washington, D.C.  20036
(202) 310-5500 (telephone)            (202) 310-5500 (telephone)
(202) 310-5555 (facsimile)            (202) 310-5555 (facsimile)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was e-filed on this 20th day of March, 2007 to:

Thomas A. Hill, Esquire
Ashley McDonald, Esquire
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C.  20037-1128
Counsel for Plaintiffs

Philip Fornaci, Esquire
Deborah M. Golden, Esquire
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil
Rights and Urban Affairs
11 DuPont Circle, N.W., Suite 400
Washington, D.C.  20036

_____
Mariana D. Bravo

_____
Paul J. Maloney

20070213-NOG-10 (entry of appearance)

2