IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANE DOE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06cv02203 (EHS) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**JOINT CASE MANAGEMENT PLAN PURSUANT TO LCvR 16.3 AND FRCP 26(f)**

Plaintiffs and Defendants, Corrections Corporation of America, District of Columbia, Elry McKnight and John Gant, pursuant to Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), hereby submit the following Joint Case Management plan.  On March 7, 2007, counsel for Plaintiffs', Thomas Hill, Ashley McDonald, Ellen Cohen, and Deborah Golden; counsel for Defendants CCA and the District of Columbia, Daniel Struck, Jennifer Holsman and Colleen Durbin; and counsel for Defendants McKnight and Gant, Dwight Murray, met to discuss the issues set forth in LCvR 16.3(c) pursuant to this Court's Order of February 12, 2007.  The meeting took place via teleconference.

**STATEMENT OF THE CASE**

Plaintiffs claim that former CCA employees McKnight and Gant sexually assaulted them while they were incarcerated at the Correctional Treatment Facility in 2002 and 2003.

Plaintiffs' Complaint makes the following allegations against Defendants: (1) violation of 42 U.S.C. § 1983 and the Fourth, Fifth, Eighth and Ninth Amendments to the Constitution against all Defendants; (2) *Monell* claim under 42 U.S.C. § 1983 against the District of Columbia

1740110.1

and Corrections Corporation of America; (3) a common law claim of negligent supervision and hiring against the District of Columbia and Corrections Corporation of America; (4) a common law claim of intentional infliction of emotional distress against McKnight, Gant and Corrections Corporation of America; (5) a common law claim of rape and assault and battery against McKnight, the District of Columbia and Corrections Corporation of America; and (6) a common law claim of rape and assault and battery against Gant, the District of Columbia and Corrections Corporation of America.

1. <u>Status of Dispositive Motions</u>: The District of Columbia filed a Motion to Dismiss on March 5, 2007. Defendant CCA anticipates filing dispositive motions in this case at a later date.

2. <u>Amended Pleadings</u>: The Plaintiffs suggest a deadline of 60 days after completion of document discovery, or for good cause shown based upon newly discovered evidence thereafter, to amend the complaint. The Defendants suggest a deadline of May 4, 2007, to amend the complaint. The parties jointly suggest a deadline of June 1, 2007, to join additional parties.

3. <u>Assignment to a Magistrate Judge</u>: The parties do not believe that this matter should be assigned to a Magistrate Judge.

4. <u>Settlement Possibility</u>: The parties believe that this case may warrant early consideration for settlement. The parties request that the court appoint a Magistrate Judge to conduct a settlement conference to be held within the next ninety (90) days in order to attempt to resolve the matter without expending a considerable amount of fees and costs.

5. <u>Alternative Dispute Procedures</u>: The parties will not know whether this case is a good candidate for ADR until after the completion of document discovery.

1740110.1

6.    Dispositive Motions: The parties suggest that any dispositive motions be filed by June 27, 2008, or within 30 days following the close of discovery, whichever is later.

7.    Initial Disclosures: The parties suggest Initial Disclosures be exchanged by April 20, 2007.

8.    Discovery: The parties suggest that Discovery be completed by May 9, 2008.

9.    Experts: The parties suggest the following dates for the disclosure and service of expert reports pursuant to Rule 26(a)(2)(B), FED. R. CIV. P.: Disclosure of Plaintiff's Experts: November 30, 2007; Disclosure of Defendant's Experts: January 30, 2008.

10.    Class Action Procedures: Not applicable.

11.    Bifurcation of Discovery or Trial: Mr. Murray intends to file a motion to sever Defendants McKnight and Gant for trial purposes. Mr. Struck and Ms. Holsman intend to file a motion to bifurcate the *Monell* claim.

12.    Proposed Date for Pretrial Conference: The parties request that a Joint Proposed Pretrial Order be submitted on or before May 31, 2008, or 30 days after the court's ruling on pending dispositive motions. The parties request that the Court set a Pretrial Conference thereafter consistent with the Court's calendar.

13.    Trial Date: The parties request that the court set a trial date at the Joint Pretrial Conference. In the event that the court sets a date certain for the Joint Pretrial Conference at the upcoming hearing, the parties request that the court set a trial date for no sooner than September 2008.

14.    Electronic Discovery: The parties will produce electronic data. Electronic documents and data will be produced in its original format.

15.    Protective Orders: Plaintiffs have filed a Protective Order regarding the identity of the Doe and Roe Plaintiffs. Defendants will be filing an Objection to Plaintiffs' Protective

1740110.1

Order.   In addition, Defendants will be filing a Joint Protective Order regarding proprietary

information for CCA and Defendants.

16.    Other:  Defendants propose certain limitations on discovery.  Plaintiffs object.

The parties have been unable to reach agreement on this point.


DATED: March 21, 2007                    Respectfully submitted,


                                         /s/  Ashley McDonald
                                         Thomas C. Hill (D.C. Bar #242974)
                                         Ashley McDonald (D.C. Bar #486054)
                                         PILLSBURY WINTHROP SHAW PITTMAN LLP
                                         2300 N Street, N.W.
                                         Washington, D.C. 20037-1128
                                         (202) 663-8000

                                         Philip Fornaci (D.C. Bar #434824)
                                         Deborah M. Golden (D.C. Bar #470578)
                                         D.C. Prisoners' Project
                                         Washington Lawyers' Committee for Civil Rights
                                               and Urban Affairs
                                         11 Dupont Circle, Suite 400
                                         Washington, D.C. 20036
                                         (202) 319-1000
                                         Attorneys for Plaintiffs Jane Doe and Jane Roe

1740110.1

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, a copy of the foregoing Joint Case Management

Plan was filed electronically and served by ECF on the following counsel:

> Shana Lyn Frost
> shana.frost@dc.gov
>
> Daniel P. Struck
> dstruck@jshfirm.com
>
> Jennifer L. Holsman
> jholsman@jshfirm.com
>
> Dwight D. Murray
> d.murray@jocs-law.com
>
> Mariana del Valle Bravo
> mdb@carrmaloney.com
>
> Paul J. Maloney
> pjm@carrmaloney.com

> /s/  Ashley McDonald
> Ashley McDonald

1740110.1