IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>        Plaintiff,<br><br>  v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>        Defendant. | Civil Action No. 1:06-cv-02203 |

### DEFENDANT DISTRICT OF COLUMBIA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

    Defendant District of Columbia, through counsel, hereby requests this Court grant the District an extension of time to Friday, March 30, 2007 to file its Reply in Support of Motion to Dismiss. This motion is not opposed by Plaintiffs. A proposed Order is attached hereto.

Dated: March 28, 2007

                By:    s/ Daniel P. Struck
                     Daniel P. Struck, DC Bar No. CO0037
                     Jennifer L. Holsman, DC Bar No. 495296
                     JONES, SKELTON & HOCHULI, P.L.C.
                     2901 North Central Avenue, Suite 800
                     Phoenix, Arizona 85012
                     Telephone: (602) 263-1700
                     Facsimile: (602) 263-1784

                     Paul J. Maloney, DC Bar No. 362533
                     Colleen Durbin, DC Bar No. 500039
                     CARR MALONEY, P.C.
                     1615 L Street, N.W., Suite 500
                     Washington, DC 20036
                     Telephone: (202) 310-5500
                     Facsimile: (202) 310-5555
                     Attorneys for Defendants, *Corrections Corporation of America and District of Columbia*

ORIGINAL of the foregoing
E-filed this 28th day of March, 2007.

By    /s/ Carol S. Madden

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2007 a copy of the foregoing was served by First Class U.S. Mail on the following parties:

> Thomas C. Hill
> Ashley McDonald
> Ellen Cohen
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 2300 N. Street, N.W.
> Washington, D.C. 20037-1128
> *Attorneys for Plaintiffs*
>
> Philip Fornaci
> Deborah M Golden
> D.C. Prisoners' Project
> Washington Lawyers' Committee for Civil Rights
>     and Urban Affairs
> 11 Dupont Circle, Suite 400
> Washington, D.C. 20036
> *Attorneys for Plaintiffs*
>
> District of Columbia
> c/o Shana L. Frost, Assistant Attorney General
> 441 4th St., NW 6S051
> Washington, DC 20001
> *Attorneys for Defendant District of Columbia*
>
> Dwight Murray
> Jordan Coyne & Savits, L.L.P.
> 1100 Connecticut Avenue., N.W.
> Suite 600
> Washington, D.C. 20026
> *Attorney for Defendants McKnight and Gant*

      s/  Carol S. Madden
_____

1760066.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>Plaintiff,<br><br>v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>Defendant. | Civil Action No. 1:06-cv-02203 |

**ORDER EXTENDING THE DEADLINE FOR
DEFENDANT DISTRICT OF COLUMBIA TO FILE ITS
REPLY IN SUPPORT OF MOTION TO DISMISS**

Upon consideration of Defendant District of Columbia's Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss, and good cause appearing, therefore, it is hereby:

**ORDERED** this ____ day of _____, 2007, that Defendant District of Columbia may have until March 30, 2007, in which to file its Reply in Support of Motion to Dismiss.

_____
Hon. Ellen S. Huvelle
JUDGE OF THE UNITED STATES DISTRICT COURT
for the District of Columbia

SERVE:

Thomas C. Hill
Ashley McDonald
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, D.C. 20037-1128
Attorneys for *Plaintiffs*

Philip Fornaci
Deborah M Golden
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil Rights
   and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
Attorneys for *Plaintiffs*

District of Columbia
c/o Shana L. Frost, Assistant Attorney General
441 4th St., NW 6S051
Washington, DC 20001
Attorneys for Defendant *District of Columbia*

Dwight Murray
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue., N.W.
Suite 600
Washington, D.C. 20026
Attorney for Defendants *McKnight and Gant*

Daniel P. Struck
Jennifer L. Holsman
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Paul J. Maloney
Mariana D. Bravo
CARR MALONEY, P.C.
1615 L Street, N.W., Fifth Floor
Washington, DC  20036

Attorneys for Defendant *Corrections Corporation of America*