IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE<br>   and<br>JANE ROE,<br>     Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br>   and<br>CORRECTIONS CORPORATION OF AMERICA, INC.,<br>   and<br>ELRY MCKNIGHT,<br>   and<br>JOHN GANT,<br>     Defendants. | 1:06-cv-02203 (ESH)<br><br>**FILED**<br>APR 10 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the following procedures shall govern the litigation of the above-captioned action (the "lawsuit") between Plaintiffs Jane Doe and Jane Roe ("Plaintiffs"); Defendants District of Columbia, Corrections Corporation of America, Inc., Elry McKnight, and John Gant (collectively, "Defendants"); and any other Plaintiffs, Defendants, third-parties, intervenors, or parties to this action:

  1. "Confidential Information" as used in this Protective Order (the "Order") shall mean any documents, testimony, or material relating to Plaintiffs' location or contact

1755533.1

information, including but not limited to information relating to Plaintiffs' present domicile or contact information as of the date the documentation is obtained, which include current addresses and current phone numbers. In addition, "Confidential Information" as used in this Order shall mean any documents, testimony, or material related to any medical or mental health treatment or records of the Plaintiffs.

2. Confidential Information shall only be disclosed in good faith for purposes of prosecuting or defending this action, and only to:

(a) Defendants' attorneys and the employees of attorneys associated with the law firms or organizations that enter appearances in this action; or

(b) Experts, consultants, or assistants retained or employed by any party for the purposes of this action; or

(c) The Court in this action, or any other court having jurisdiction over this action, and any court reporter or typist recording or transcribing testimony in this action and any outside, independent reproduction firm.

(d) Custodian of Records for documents received.

(e) The Office of the Attorney General for the District of Columbia and staff who supervise or monitor this litigation or assist in obtaining documents.

(f) General Counsel for CCA and staff who monitor this litigation and assist in obtaining documents.

3. Each person to whom Confidential Information is revealed, discussed, or disclosed shall be instructed, orally or in writing, not to disclose any Confidential Information to any other person not entitled to receive disclosure of such Confidential Information under the

1755533.1

provisions of the Protective Order and to use the Confidential Information solely for the purposes appropriate to his or her participation in connection with this lawsuit.

4. "Identifying Information" as used in this Order shall mean any documents, testimony, or material relating to Plaintiffs' true identities, including documents or material containing Plaintiffs' names or other identifying information. Identifying Information and materials containing Identifying Information shall be not be used or disclosed except as necessary in good faith to prosecute or defend this action.

5. Any Confidential Information or Identifying Information filed with the Court shall be filed under seal in accordance with LCvR 5.1(j).

6. The provisions identified in paragraphs 4 and 5 have been agreed to by the Defendants as a measure of good faith and in attempt to amicably resolve this case. Defendants, however, will agree to allow the Plaintiffs to proceed under pseudonym only until the initial mediation occurs. The Defendants do not waive their right to object to Plaintiffs' use of pseudonyms and do not believe that the Plaintiffs have met the threshold requirements to proceed under pseudonym and will review their objection to the use thereof, should the case not be resolved at the early mediation.

7. At the conclusion of this action, including any appeals, all Confidential Information and/or Identifying Information furnished pursuant to the terms of this Order, any notes taken from said Confidential Information and/or Identifying Information, and all copies thereof, which are not in the custody of the Court or were not already in the parties' possession during this litigation, or are included in documents prepared in the ordinary course and scope by the District of Columbia or CCA, shall be returned to the party furnishing said Confidential

Information and/or Identifying Information or destroyed (and certified by affidavit or declaration as having been destroyed) by the party in possession thereof.

ORDERED:

Date: 4/10/07

_____
The Honorable Ellen S. Huvelle
United States District Judge

1755533.1