IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 1:06cv02203 (EHS) |

## PLAINTIFFS' PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Plaintiffs Jane Roe and Jane Doe submit the attached Affidavit of Service (Attachment 1) as proof of service on Defendant John R. Gant.

DATED: April 16, 2007

Respectfully submitted,

/s/    Thomas C. Hill
Thomas C. Hill (D.C. Bar #242974)
Ashley McDonald (D.C. Bar #486054)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000

Philip Fornaci (D.C. Bar #434824)
Deborah M. Golden (D.C. Bar #470578)
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil Rights
    and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
(202) 319-1000

Attorneys for Plaintiffs Jane Roe & Jane Doe

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2007, a copy of the foregoing Plaintiffs' Proof of Service of Summons and Complaint was served via ECF on the following counsel of record:

> Mariana del Valle Bravo
> mdb@carrmaloney.com
>
> Shana Lyn Frost
> shana.frost@dc.gov
>
> Daniel P. Struck
> dstruck@jshfirm.com
>
> Jennifer L. Holsman
> jholsman@jshfirm.com
>
> Dwight D. Murray
> d.murray@jocs-law.com

I further certify that on April 16, 2007, a copy of the foregoing Plaintiffs' Proof of Service of Summons and Complaint and accompanying documents were served via first class U.S. mail on the following person:

> John R. Gant
> 8905 Matthews Court
> Laurel, MD 20708

*/s/ Ellen Connelly Cohen*
Ellen Connelly Cohen

# ATTACHMENT 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 APR 10 PM 4: 53
NANCY M.
MAYER-WHITTINGTON
CLERK

Jane Doe and Jane Roe,
Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia; Corrections Corporation
of America, Inc.; Elry McKnight; John Gant,
Defendants

CASE NUMBER:   1:06cv02203 (ESH)

TO: (Name and address of Defendant)

John R. Gant III
8905 Matthews Court
Laurel, MD 20708

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas C. Hill & Ashley McDonald
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW 20037

Philip Fornaci & Deborah Golden
D.C. Prisoners' Project
11 Dupont Circle, Suite 400, Washington, DC 20036

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    APR 1 1 2007

CLERK                                       DATE

_Jackie Francis_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jane Doe, et al.

vs.

District of Columbia, et al.

No. 1:06CV02203 (ESH)

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint, Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe", Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Proceed Under Pseudonym as "Jane Doe" and "Jane Roe", Proposed Order, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Plaintiffs' Proof of Service of Summons and Complaint, Attachment 1, Unopposed Motion for Protective Order, Proposed Protective Order, Protective Order, Plaintiffs' Motion for Protective Order, Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Protective Order, Federal Rule of Civil Procedure 26(c) and Local Civil Rule 7(m) Statement, Protective Order and Exhibit A in the above entitled case, hereby depose and say:

    That my date of birth / age is      -1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 7:11 pm on April 11, 2007, I served John R. Gant, III at 8905 Matthews Court, Laurel, Maryland 20708 by serving Heidi Gant, wife, a person of suitable age and discretion who stated she resides therein with the defendant. Described herein:

```
    SEX-    FEMALE
    AGE-    41
 HEIGHT-    5'3"
   HAIR-    BLACK
 WEIGHT-    170
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on __4/12/07__
              Date

DANIEL F. PORTNOY

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050