IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>            Plaintiff,<br><br>     v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>            Defendant. | Civil Action No. 1:06-cv-02203 |

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38, FED.R.CIV., Defendant, through counsel, requests a trial by jury of all triable issues in the above-captioned matter.

Dated: April 16, 2007

                                By:    s/ Daniel P. Struck
                                    Daniel P. Struck, DC Bar No. CO0037
                                    Jennifer L. Holsman, DC Bar No. 495296
                                    JONES, SKELTON & HOCHULI, P.L.C.
                                    2901 North Central Avenue, Suite 800
                                    Phoenix, Arizona  85012
                                    Telephone:  (602) 263-1700
                                    Facsimile:   (602) 263-1784

1767003.1

>Paul J. Maloney, DC Bar No. 362533
>Colleen Durbin, DC Bar No. 500039
>CARR MALONEY, P.C.
>1615 L Street, N.W., Suite 500
>Washington, DC   20036
>Telephone:      (202) 310-5500
>Facsimile:       (202) 310-5555
>
>Attorneys for Defendants, *Corrections Corporation of America* and *District of Columbia*

- 2 -

1767003.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, a copy of the Demand for Jury Trial was served by First Class U.S. Mail, postage prepaid on the following parties:

Thomas C. Hill
Ashley McDonald
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, D.C. 20037-1128
Attorneys for *Plaintiffs*

Philip Fornaci
Deborah M Golden
D.C. PRISONERS' PROJECT
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS
    AND URBAN AFFAIRS
11 Dupont Circle, Suite 400
Washington, D.C. 20036
Attorneys for *Plaintiffs*

District of Columbia
c/o Shana L. Frost
ASSISTANT ATTORNEY GENERAL FOR THE
 DISTRICT OF COLUMBIA
441 4th St., NW 6S051
Washington, DC 20001
Attorneys for Defendant, *District of Columbia*

Dwight Murray
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue., N.W.
Suite 600
Washington, D.C. 20026
Attorney for Defendants, *McKnight and Gant*

                              s/  Daniel P. Struck

1767003.1