IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE                           *

    and                          *

JANE ROE,                          *

      Plaintiffs                 *

   v.                             *          Civil Action No. 1:06-cv-02203

                                   *

DISTRICT OF COLUMBIA et al.        *

     Defendants                  *

                                   *

### DEFENDANTS GANT AND McKnight'S INITIAL DISCLOSURE STATEMENT

Defendants, John Gant, III and Elry McKnight, by and through their counsel, Jordan

Coyne & Savits, LLP and Dwight D. Murray, submit their initial disclosure statement pursuant to

Fed. R.Civ. P 26(a)(1).

In submitting this disclosure statement jointly, Defendants Gant and McKnight do not

waive their right to file a motion seeking separate trials at the appropriate time.  In addition,

Defendants Gant and McKnight to not waive any objections by referencing or attaching

documents pursuant to Fed.R.Civ.P 34.

**A.**    **NAMES, ADDRESSES AND TELEPHONE NUMBERS OF EACH
INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION**

    1.    Liliana Gonzales, Plaintiff
       c/o Thomas C. Hill
       Pillsbury Winthrop Shaw Pittman, LLP
       2300 N. Street, N.W.
       Washington, D.C. 20037

Ms. Gonzales should have information regarding her criminal history, motives, as well as the time, date, circumstances and proof regarding the allegations in her Complaint

2.    Melissa Hughes, Plaintiff
c/o Thomas C. Hill
Pillsbury Winthrop Shaw Pittman, LLP
2300 N. Street, N.W.
Washington, D.C. 20037

Ms. Hughes should have information regarding her criminal history, motives, as well as the time, date, and circumstances and proof regarding the allegations in her Complaint.

3.    Fred Figueroa, Warden
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Az 85012

Warden Figueroa will be able to provide information regarding the operation of the Correctional Treatment Facility as well as facility policies regarding operation and personnel hiring and training.

4.    Donald H. Paul
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Az 85012

Mr. Paul conducted the investigation concerning the alleged incidents described in the Complaint and is expected to testify about the investigation he conducted.

5.    Elry McKnight
c/o Dwight D. Murray, Esq.
Jordan Coyne & Savits, LLP
1100 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036

Mr. McKnight will testify about his personal knowledge about the events leading to this lawsuit and denies the allegations contained in the Complaint that are related to his conduct.

> 6. John Gant, III
> c/o Dwight D. Murray, Esq.
> Jordan Coyne & Savits, LLP
> 1100 Connecticut Ave., N.W.
> Suite 600
> Washington, D.C. 20036

Mr. Gant will testify about his personal knowledge about the events leading to this lawsuit and denies the allegations contained in the Complaint that are related to his conduct.

> 7. Tocarra Rogers
> c/o Daniel P. Struck, Esq.
> Jones, Skelton & Hochuli, P.L.C.
> 2901 North Central Ave.
> Suite 800
> Phoenix, Az 85012

Ms. Rogers was an employee of CTF and will testify consistent with the information provided in her reports that was produced by Defendant CCA.

> 8. Cassandra Alexander
> c/o Daniel P. Struck, Esq.
> Jones, Skelton & Hochuli, P.L.C.
> 2901 North Central Ave.
> Suite 800
> Phoenix, Az 85012

Ms. Alexander is a corrections officer who was posted at the visitation station. She will testify that she never saw Officer McKnight escort the plaintiff, Jane Doe. She will also testify that McKnight was always professional.

9.      Julius Allen
        c/o Daniel P. Struck, Esq.
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Ave.
        Suite 800
        Phoenix, Az 85012

Mr. Allen is a Corrections Officer who is posted at the visitation station. He will testify that he never saw Officer McKnight escort the plaintiff, Jane Doe. He will also testify that he has no knowledge of Mr. McKnight having any contact with Jane Doe.

10.     W. Bryan
        c/o Daniel P. Struck, Esq.
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Ave.
        Suite 800
        Phoenix, Az 85012

Mr. Bryan is a Corrections Officer also posted at the visitation station. He will testify that he never observed McKnight escorting Jane Doe and never saw Officer McKnight escorting female prisoners coming back from court appearances or getting packages. He will also testify that he never saw McKnight have any contact with Jane Doe.

11.     Diane Burton-Irving
        c/o Daniel P. Struck, Esq.
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Ave.
        Suite 800
        Phoenix, Az 85012

Ms. Burton-Irving is a Corrections Officer assigned to housing unit E4B. This is the same housing unit occupied by Jane Doe. Ms. Burton-Irving will testify that she did not observe any contact between Mr. McKnight and Jane Doe and does not recall McKnight ever entering the unit to pick up a prisoner.

12.    Darlene Ca,mpbell
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Ms. Campbell is a Property Officer for CTF.  She will testify that she never

observed Mr. McKnight escorting female prisoners.

13.    Officer Chism
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Mr. Chism is a Correctional Officer who was on duty at the housing unit where

Jane Doe was housed.  He will testify about the procedures in that particular housing unit and

what he observed.

14.    Angela Edmonds
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Ms. Edmonds is a Corrections Officer assigned to R&D transportation.  She will

testify that she never saw Officer McKnight escort female prisoners.  Ms. Edmonds will

testify that she has no knowledge of contact between McKnight and Jane Doe.

15.    D. Flythe
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

D. Flythe is a Correctional Officer assigned to Environmental. Although he recognizes Jane Doe and he knows Officer McKnight, he never saw McKnight escort Jane Doe and never saw any contact between the two.

16.    Kenneth Freeman
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Mr. Freeman is a Correctional Officer assigned to visitation. He will testify that he never saw Officer McKnight escort female inmates and never saw McKnight have any contact with female inmates.

17.    Anna Gilmore
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

This correctional officer was regularly assigned to R&D. Officer Gilmore will testify that no opportunity existed for sexual encounters to occur in R&D due to the high level of activity. Furthermore, Officer Gilmore has never seen Officer McKnight approach Jane Doe in any type of unprofessional manner.

18.    J. Goins
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Officer Goins is a Correctional Officer assigned to R&D and will testify that he

has never known Officer McKnight to do anything unprofessional

19.    Lt. Keith Green
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Lt. Green is an officer at CTF and will testify about Jane Roe's incident

20.    Ms. Griffin
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Ms. Griffin is a Case Manager with CTF.  She will testify about statements made

by Jane Roe after the incident in question.

21.    Kim Hall
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Ms. Hall is a Transportation Officer with CTF and knows Jane Doe and Officer

McKnight and will testify that she has never seen Officer McKnight escort Jane Doe.

22.    Robin Hartridge
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Ms. Hartridge is a Correctional Officer assigned to female housing unit

E4B and will testify about the procedures in that unit.  Ms. Hartridge is no longer employed

as a Corrections Officer at CTF.

23. J.R. Hunt
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Az 85012

Officer Hunt will testify that Officer McKnight was never seen escorting

female inmates.

24. Reginald Jackson
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Az 85012

Officer Jackson is assigned to Transportation and will testify that Officer

McKnight was never seen escorting female inmates.

25. Kathy Johnson
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave., Suite 800
Phoenix, Az 85012

Ms. Johnson is a Corrections Officer who was assigned to the female unit E4B.

She did not witness any contact between Jane Doe and Officer McKnight.

26. Vanessa Jones
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave., Suite 800
Phoenix, Az 85012

Officer Jones is a Corrections Officer assigned to female unit E4B and will testify that Officer McKnight was never observed with any female inmates, nor was Officer MC KNIGHT ever seen with Jane Doe.

27.     Katana Terrell
        c/o Daniel P. Struck, Esq.
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Ave.
        Suite 800
        Phoenix, Az 85012

Officer Terrell was a Transportation Officer and will testify that Officer McKnight was never seen escorting female inmates.

28.     Dr. Essie Knuckles
        c/o Daniel P. Struck, Esq.
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Ave.
        Suite 800
        Phoenix, Az 85012

Dr. Knuckles is a psychologist who will testify about the treatment rendered to Jane Doe.

29.     Janell Lee
        c/o Daniel P. Struck, Esq.
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Ave.
        Suite 800
        Phoenix, Az 85012

Ms. Lee is a Corrections Officer assigned to Transportation.  Ms. Lee will testify that she has never seen Officer McKnight escort female inmate and that McKnight is known for his professionalism.

30.    Gloria Lloyd
        c/o Daniel P. Struck, Esq.
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Ave.
        Suite 800
        Phoenix, Az 85012

Ms. Lloyd is an employee of CCA and is the designated person for Sexual

Misconduct issues. She will testify about the investigation of the complaint by Jane Doe and the

interview that was conducted of Jane Doe.

31.    Keisha Marshall
        c/o Daniel P. Struck, Esq.
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Ave.
        Suite 800
        Phoenix, Az 85012

Ms. Marshall was an inmate at CTF and knows Jane Roe. Ms. Marshall was on

the unit on the day in question and will testify about what she knows.

32.    O.R. Newman
        c/o Daniel P. Struck, Esq.
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Ave.
        Suite 800
        Phoenix, Az 85012

Officer Newman is assigned to Transportation and will testify that Officer

McKnight was never seen escorting female inmates or having any contact with Jane Doe.

33.    Don Paul
        c/o Daniel P. Struck, Esq.
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Ave.
        Suite 800
        Phoenix, Az 85012

Mr. Paul is an employee of CTF and assigned to Internal Affairs. He will testify about his investigation of the allegations against Offices McKnight and Gant.

34.    Hilmer Porter
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Mr. Porter is a lead officer with CTF. He is posted at Transportation and R&D and he will testify that he has never seen Officer McKnight escort female inmates and never saw him escort Jane Doe.

35.    Michael Proctor
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Mr. Proctor is a Transportation Officer and he will testify that he has never seen Officer McKnight escort female inmates and never saw him escort Jane Doe.

36.    Gloria Pryor
       c/o Daniel P. Struck, Esq.
       Jones, Skelton & Hochuli, P.L.C.
       2901 North Central Ave.
       Suite 800
       Phoenix, Az 85012

Officer Pryor was assigned to the Visitation Hall. She will testify that she has never seen Officer McKnight escort female inmates, including Jane Doe. She will also testify that McKnight has always demonstrated respect for females.

37.    Officer Scott
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Az 85012

Officer Scott is a female Corrections Officer and she will testify about the

incident report she filled out based on the information and demeanor of Jane Doe

38.    Katrina Simmons
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Az 85012

Officer Simmons was assigned to the housing unit E4B and she will testify that

she did not observe any contact between Officer McKnight and Jane Doe.

39.    E. Taylor
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Az 85012

Officer Taylor was assigned to visitation. The testimony will be that Officer

McKnight was never observed escorting female inmates, including Jane Doe.

40.    Linda Wages
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Az 85012

Ms. Wages was an inmate at CTF and knew Jane Roe.   She was on the unit on

December 25, 2003 and will testify as to what she saw.

-12-

41.    Stephanie Weathers
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Az 85012

Ms. Weathers is a Corrections Officer assigned to female housing. She will

testify that she did not witness any contact between Officer McKnight and Jane Doe.

42.    Edward Wright
c/o Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Az 85012

Mr. Wright is a Transportation Officer. He will testify that he has never seen Mc

Knight escort a female inmate. He describes McKnight as always being professional.

43.    Defendants Gant and McKnight reserves the right to supplement this

list as long as ample notices is given to all parties.

## B.    DOCUMENTS AND TANGIBLE THINGS THAT ARE IN THE POSSESSION OR CUSTODY OF DEFENDANTS THAT DEFENDANTS MAY USE TO SUPPORT THEIR DEFENSES

1.    Defendants Gant and McKnight incorporate, by reference, all documents identified by Defendants District of Columbia and Corrections Corporation of America in their initial and supplemental disclosures. Included in these group of documents are the following:

2.    The court files and criminal records of Jane Roe [CCA-DR-00001 through CCA-DR-00405]

3.    All grievances filed by Jane Doe and responses by CCA [CCA-DR-00412 through CCA-DR-00419]

4.    Memo from Christina C. Roye dated July 12, 2002 regarding vocational counseling for Jane Doe [CCA-DR-00420]

-13-

5.    John Gant, III personnel file [CCA-DR-969 through CCA-DR-01007]

6.    Incident Statement by Lt. Green dated 12/29/03 [CCA-DR-00978-CCA-DR-0097]

7.    Investigation Report by Don Paul of the Jane Roe incident dated 2/19/04 [CCA-DR-00996-CCA-DR00998]

8.    CCA's Investigation of the complaint filed by Jane Roe [CCA-DR-00975 through CCA-DR-00976]

9.    Incident Statement by Barbara Booker dated 12/31/03 [CCA-DR-00977]

10.    Letter from Jane Roe to JuJu dated 1/4/04 [CCA-DR-1002]

11.    Sexual Misconduct Intake Screening Form dated 12/31/03 [CCA-DR-1010 through CCA-DR-1011]

12.    Investigation of the alleged assault on Jane Doe [CCA-DR-1014 through CCA-DR-1085]

13.    Memo from the Warden to Jane Doe dated 7/30/02 [CCA-DR-1023]

14.    Investigative Notes regarding Jane Doe dated 7/3/02 [CCA-DR-1024 through CCA-DR-1027]

15.    Internal Affairs Memorandum dated 6/10/02 re: Jane Doe [CCA-DR-1033]

16.    Memoranda from Don Paul regarding investigations of Jane Doe's complaint [CCA-DR-1033 through CCA-Dr-1035]

17.    Performance evaluation for John Gant as "Outstanding" dated 5/2/01 [CCA-DR-1132]

18.    John Gant's Application for Employment [CCA-DR-1154 through CCA-DR-1156]

19.    John Gant's Resume` [CCA-DR-1158 through CCA-DR-1159]

20.    Certification that John Gant read the Sexual Harassment Policy [CCA-DR-1164 through 1165]

21.    Elry McKnight's Application for employment [CCA-DR-1238 through CCA-DR-1241]

22.    Letter from CCA to McKnight congratulating him on being selected to SORT [CCA-Dr-1279]

23.    Documents relating to in-service training CCA-DR-1286 through CCA-DR-1296]

24.    Performance Appraisals regarding McKnight [CCA-DR-1334 through CCA-DR-1364]

C.    **COMPUTATION OF DAMAGES** -  Not Applicable


D.    **RELEVANT INSURANCE AGREEMENTS** - Not Applicable to these Defendants.

Respectfully submitted

By _____
Dwight D. Murray Bar # 228932
Jordan Coyne & Savits, LLP
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036
Attorney for Gant and McKnight

-15-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Initial Disclosure Statements filed on behalf of

Defendants Gant and McKnight were filed and served electronically as well as by first class mail

to the following:

Thomas C. Hill
Ashley McDonald
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037
Attorney for Plaintiffs

Philip Fornaci
Deborah M. Golden
D.C. Prisoners Project
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, Suite 400
Washington, D.C. 20036
Attorney for Plaintiffs

Daniel P. Struck
Jennifer L. Holsman
Jones, Skelton & Hochull, P.L.C.
2901 North Central Ave. Suite 800
Phoenix, AZ 85012

Paul J. Maloney
Colleen Durbin
Carr Maloney, P.C.
1615 L Street, N.W. Suite 500
Washington, D.C. 20036
Attorneys for District of Columbia and
Corrections Corporation of America

Dwight D. Murray

-16-