IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE <br><br> and <br><br> JANE ROE <br>　　　　Plaintiffs <br><br> v. <br><br> DISTRICT OF COLUMBIA <br><br> and <br><br> CORRECTIONS CORPORATION OF AMERICA, INC. <br><br> and <br><br> ELRY MCKNIGHT <br><br> and <br><br> JOHN GANT | Civil Action No. 06-02203 (EHS) |

## ANSWER OF DEFENDANT GANT

Defendant, John Gant, more properly identified as John Gant, III, by and through his attorneys, Jordan Coyne & Savits LLP, and Dwight D. Murray respectively submit the following in response to the Complaint filed in this Court.

### FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

Defendant Gant's list the following responses to the numbered paragraphs in the Complaint:

1. Defendant Gant denies the allegations contained in Paragraph 1

2. Defendant Gant sates that the allegations contained in Paragraphs 2 and 3 of the Complaint concern subject matter jurisdiction of this Court to which a response is not required. However, if a response is required, Defendant denies said allegations in Paragraphs 2 and 3.

1. Defendant Gant states that he is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in Paragraphs 4-9, 20-64 and demands strict proof thereof.

2. Defendant McKnight admits in Paragraph 10 of the Complaint that Defendant CCA is a Tennessee Corporation doing business in the District of Columbia and that CCA operates CTF on behalf of the District. However, Defendant McKnight denies the remaining allegations contained in Paragraph 10.

3. Defendant Gant denies the allegations contained in Paragraph 11, 13, 16-19.

4. Defendant Gant further states that he is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in Paragraph 12 and demands strict proof thereof.

5. Defendant Gant states that the allegations contained in Paragraph 14 is statement of the law to which a response is not required. However, if a response is required, Defendant McKnight denies the allegations contained therein.

6. Defendant Gant admits the allegations contained in Paragraph 15 of the Complaint.

7. Defendant Gant denies the allegations in paragraphs 65-77, 78-80, 83 and 84, 86–89.

8. Defendant Gant states that he is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in paragraphs 77, 82, 85, 90-92 and demands strict proof thereof.

9. Gant admits the allegation contained in paragraph 81

### THIRD DEFENSE

Defendant Gant submits the following responses to the allegations contained in Count I of the Complaint.

10. Defendant Gant denies the allegations contained in Paragraphs 94-100.

11. Defendant Gant states that he is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in Paragraph 101.

12. Defendant Gant denies the allegations contained in Paragraphs 102 and 103.

13. Defendant Gant denies all remaining allegations in the Complaint not specifically admitted or denied herein.

### FOURTH DEFENSE

Defendant Gant responds to the allegations contained in Count II of the Complaint as follows:

14. Defendant Gant states that he is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in Paragraphs 104-108.

15. Defendant Gant denies the allegations contained in Paragraphs 109-113.

## FIFTH DEFENSE

Defendant Gant submits the following responses contained in Count III of the Complaint.

16. Defendant Gant state that he is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in Paragraph 114 and 115 of the Complaint and demands strict proof thereof.

17. Defendant Gant denies the allegations contained in Paragraphs 116-118.

18. Defendant Gant denies all remaining allegations of the Complaint not specifically admitted or denied herein.

## SIXTH DEFENSE

Defendant Gant submits the following responses to the allegations contained in Count IV of the Complaint:

19. Defendant Gant states that he is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in Paragraph 119 and demands strict proof thereof.

20. Defendant Gant denies the allegations contained in Paragraphs 120-126.

## SEVENTH DEFENSE

Defendant Gant submits the following responses to the allegations contained in Count V of the Complaint:

21. Defendant Gant denies the allegations contained in Paragraphs 127.

22. Defendant Gant denies the allegations contained in Paragraphs 128-133.

### EIGHTH DEFENSE

Defendant Gant submits the following responses to the allegations contained in Paragraphs 6 of the Complaint and responds as follows:

23. Defendant Gant denies the allegations contained in Paragraphs 134-138.

### NINTH DEFENSE

Defendant Gant submits the following responses to the allegations contained in Count VII of the Complaint, Defendant Gant responds as follows:

24. Defendant Gant denies the allegations contained in Paragraphs 139-143.

### TENTH DEFENSE

Plaintiff's claims are barred by the statute of the limitations.

### ELEVENTH DEFENSE

Defendant Gant submits that the Plaintiff injuries and damages, if any, were not caused or approximately caused by any acts or omissions of this Defendant.

### TWELTH DEFENSE

Defendant Gant submits the Plaintiff's injuries or damages, if any, were approximately caused by the contributory negligence and/or assumption of risk of the Plaintiff.

### THIRTEENTH DEFENSE

The Plaintiff's claims are barred by the statute of limitations.

WHEREFORE, Defendant Gant respectively requests that the Court dismisses the Complaint and enter judgment in the Defendant's favor and to ward this Defendant all costs including attorney's fees, or any such further relief as justice requires.

- 6 -

## FOURTEENTH DEFENSE

Defendant Gant asserts that at all relevant times he complied with the existing policies and regulations that were in effect.

## JURY DEMAND

Defendants demand a trial by jury on all issues.

Respectfully submitted,

_____
DWIGHT D. MURRAY
Jordan Coyne & Savits LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC  20036
**(202) 496-2803**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July 2007, a copy of the foregoing was mailed, first class, postage prepaid to:

>Thomas C. Hill
>Ashley McDonald
>Pillsbury Winthrop Shaw Pittman LLP
>2300 N Street, N.W.
>Washington, DC  20037-1128
>
>Philip Fornaci
>Deborah M. Golden
>D.C. Prisoner's Project of the Washington
>   Lawyer's Committee for Civil Rights and Urban Affairs
>11 Dupont Circle, Suite 400
>Washington, DC  20036
>
>Daniel P. Struck
>Jennifer L. Holsman
>Jones, Skelton & Hochull, P.L.C.
>2901 North Central Ave. Suite 800
>Phoenix, AZ 85012
>
>Paul J. Maloney
>Colleen Durbin
>Carr Maloney, P.C.
>1615 L Street, N.W. Suite 500
>Washington, D.C. 20036
>Attorneys for District of Columbia and
>Corrections Corporation of America

_____
DWIGHT D. MURRAY