UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JANE DOE and JANE ROE, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No.: Case No.: 1:06-cv-02203 |
| : | |
| CORRECTIONS CORPORATION OF : | |
| AMERICA, et al., : | |
| : | |
| Defendants. : | |

MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned attorney, Paul Maloney, Esquire, in accordance with the provisions of LCvR 83.2(d) and moves this Court for the entry of an Order admitting Rachel Love Halvorson *pro hac vice* for purposes of participation in discovery and at the trial of the above-styled case on behalf of Defendants, *Corrections Corporation of America and District of Columbia*, and IN ACCORDANCE with the provisions of LCvR 83.2(d), the Declaration of Rachel Love Halvorson Seeking *Pro Hac Vice* Admission is attached.

Respectfully submitted,

By    /s/ Paul J. Maloney
         Paul Maloney, #362533
         CARR MALONEY P.C.
         1615 L. St. NW, Ste. 500
         Washington, D.C. 20036
         Telephone (202) 310-5500
         Fax (202) 310-5555

         Daniel P. Struck (D.C. Bar No. C00037)
         JONES, SKELTON & HOCHULI, P.L.C.
         2901 North Central Avenue, Suite 800
         Phoenix, Arizona 85012
         Telephone: (602) 263-1700
         Facsimile: (602) 263-1784

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion for Admission *Pro Hac Vice* was mailed, postage pre-paid, on this 20th day of July, 2007 to:

> Thomas A. Hill, Esquire
> Ashley McDonald, Esquire
> Pillsbury Winthrop Shaw Pittman LLP
> 2300 N Street, N.W.
> Washington, D.C. 20037-1128
> Counsel for Plaintiffs
>
> Philip Fornaci, Esquire
> Deborah M. Golden, Esquire
> D.C. Prisoners' Project
> Washington Lawyers' Committee for Civil
> Rights and Urban Affairs
> 11 DuPont Circle, N.W., Suite 400
> Washington, D.C. 20036
>
> Dwight D. Murray, Esquire
> Jordan Coyne & Savits, LLP
> 1100 Connecticut Avenue, N.W., Suite 600
> Washington, D.C. 20036

                                              /s/
                                        Paul J. Maloney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>         Plaintiff,<br><br>v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>         Defendant. | Civil Action No. 1:06-cv-02203 |

**DECLARATION OF RACHEL LOVE HALVORSON
SEEKING *PRO HAC VICE* ADMISSION**

I, Rachel Love Halvorson, hereby declare that;

1. My full name is Rachel Love Halvorson.

2. My office address and phone number are: 2901 North Central Avenue, Suite 800, Phoenix, Arizona, 85012; (602) 263-1726.

3. I am admitted to the Arizona State Bar, as well as the United States District Court for the District of Arizona, United States District Court for the District of Colorado and the United States Ninth Circuit Court of Appeals.

4. I have never been disciplined by any Bar and have attached a Certificates of Good Standing issued by the Supreme Court of Arizona.

5. I have been admitted pro hac vice in this Court in Alejandro Diaz (aka Osmin Juarez) v. The District of Columbia, Civil Action No. 1:06cv01845.

1740110.1

6. I do not practice law from an office located in the District of Columbia.

_____
Rachel Love Halvorson

SWORN TO AND SUBSCRIBED before me this 19th day of July, 2007.



_____
Notary Public

My Commission Expires: SEPTEMBER 20, 2008

-2-

1740110.1

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **RACHEL LOVE HALVORSON,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 25, 1999, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 6th day of April 2007.

_____
Lauren E. Eiler
Disciplinary Clerk

CERTIFICATE OF THE CLERK OF THE SUPREME COURT
OF THE
STATE OF ARIZONA

*I, Rachelle M. Resnick, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

**RACHEL LOVE HALVORSON**

*was on the 25th of October, 1999, duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the Bar in good standing.*



*Given under my hand and the seal of said Court this 12th day of April 2007.*

RACHELLE M. RESNICK, Clerk

By _____
Tisha Lavy
Deputy Clerk, III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JANE DOE and JANE ROE, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Case No.: 1:06-cv-02203 (ESH) |
| | : |
| CORRECTIONS CORPORATION OF AMERICA, et al., | : |
| | : |
| Defendants. | : |

**<u>ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*</u>**

UPON CONSIDERATION of the motion for entry of an Order admitting Rachel Love Halvorson *pro hac vice* in accordance with the provisions of LCvR 83.2(d),

IT IS HEREBY ORDERED that the motion is GRANTED and that Rachel Love Halvorson is admitted *pro hac vice* for purposes of participation in discovery and at the trial of the above-styled case on behalf of Defendants, *Corrections Corporation of America and District of Columbia*.

ENTERED this _____ day of _____, 2007.

_____
Judge Ellen Segal Huvelle

Copies on next page

cc:    Paul J. Maloney, Esquire
Mariana D. Bravo, Esquire
Colleen Durbin, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

Thomas A. Hill, Esquire
Ashley McDonald, Esquire
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
Counsel for Plaintiffs

Philip Fornaci, Esquire
Deborah M. Golden, Esquire
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil
Rights and Urban Affairs
11 DuPont Circle, N.W., Suite 400
Washington, D.C. 20036

Dwight D. Murray, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036