IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>       Plaintiff,<br><br>v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>       Defendant. | Civil Action No. 1:06-cv-02203-ESH |

### DEFENDANTS DISTRICT OF COLUMBIA AND CORRECTIONS CORPORATION OF AMERICA'S MOTION TO REFER THIS CASE TO THE MEDIATION PROGRAM PURSUANT TO LCvR 84.4(a)(2)

Defendants District of Columbia and Corrections Corporation of America, through counsel, hereby request this Court enter an Order to refer this case to the Mediation Program pursuant to LCvR 84.4(a)(2). This Motion is supported by the accompanying Statement of Points and Authorities.

Pursuant to LCvR 7(m), counsel for Plaintiffs were contacted regarding this Motion and have declined to consent.

Respectfully submitted,

Dated: August 1, 2007

                                             By  s/  Jennifer L. Holsman
                                                      Daniel P. Struck, DC Bar No. CO0037
                                                      Jennifer L. Holsman, DC Bar No. 495296
                                                      Rachel Love Halvorson, Bar No. 019881
                                                      *(Appearing Pro Hac Vice)*
                                                      JONES, SKELTON & HOCHULI, P.L.C.
                                                      2901 North Central Avenue, Suite 800
                                                      Phoenix, Arizona  85012
                                                      Telephone:   (602) 263-1700
                                                      Facsimile:   (602) 263-1784

1740110.1

Paul J. Maloney, DC Bar No. 362533
Mariana D. Bravo, DC Bar No. 473809
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036
Telephone:   (202) 310-5500
Facsimile:   (202) 310-5555

Attorneys for Defendants, *Corrections Corporation of America and District of Columbia*

1740110.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>      Plaintiff,<br><br>  v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>      Defendant. | Civil Action No. 1:06-cv-02203-ESH |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DISTRICT OF COLUMBIA AND CORRECTIONS CORPORATION OF AMERICA'S MOTION TO REFER THIS CASE TO THE MEDIATION PROGRAM PURSUANT TO LCvR 84.4(a)(2)**

Defendants District of Columbia and Corrections Corporation of America, through counsel, hereby request this Court to refer this case to mediation pursuant to LCvR 84.4(a)(2). This Motion is supported by the accompanying Statement of Points and Authorities.

**I.**   **FACTUAL BACKGROUND.**

Plaintiffs filed this lawsuit on December 14, 2007. After Defendants filed an Answer, the parties completed the "Meet and Confer" statement that was ultimately filed on March 21, 2007. Both during the "meet and confer", and in the statement that was filed with the Court, Plaintiffs agreed to participate in an early Settlement Conference in an effort to attempt to resolve the case should circumstances allow. During the hearing before Judge Huvelle on April 2, 2007, Plaintiffs again agreed to participate in a Settlement Conference and the case was ultimately referred to Judge Kay on April 11, 2007. The Settlement Conference was held on July 10, 2007. The individuals in attendance at the Settlement Conference included Daniel Struck, counsel for CCA and the District of Columbia; Steve Groom, corporate representative for CCA; Dwight Murray, counsel for John Gant and Elry McKnight; and, Tom Hill, Ashley McDonald

- 3 -

1740110.1

and Ellen Cohen, counsel for Plaintiffs. Neither of the Plaintiffs were in attendance.

On July 17, 2007, a Minute Entry Order by Judge Kay advised that the Settlement Conference had been completed. The Settlement Conference was not successful in resolving the matter.

Defendants believe that early mediation would be beneficial to the parties and thus submit this Motion to Refer the Case to Mediation pursuant to LCvR 84.4(a)(2).

## II. **LEGAL ARGUMENT.**

Local Rule 84.4(a)(2) states that:

> District judges may refer civil cases to mediation, subject to the availability of qualified mediators:
>
> (2) by requiring litigants to participate after giving them an opportunity in response to an order to show cause, to explain why mediation would not be appropriate in their case.

In this case, the Defendants believe that another attempt at early mediation is appropriate and necessitated by the circumstances surrounding the initial Settlement Conference. As outlined, Plaintiffs did not bring their clients to participate in the July Settlement Conference. Defendants submit that the Plaintiffs' lack of attendance significantly impaired the parties ability to engage in full fledged settlement discussions. Had the Plaintiffs been in attendance, both defense counsel and Judge Kay would have had an opportunity to better evaluate the Plaintiffs and their claims. Moreover, the Plaintiffs would have an investment in trying to reach a settlement agreement if they were active participants in the Settlement Conference. This is precisely what Local Rule 84.8(a), which mandates attendance by counsel ***and*** parties, is intended to encourage. If the parties are going to engage in good faith settlement discussions, the Plaintiffs, not just Plaintiffs' counsel, must be active participants. Indeed, there is virtually no chance of resolving this case if Plaintiffs are not in attendance.

In addition, if this case is going to settle, full participation in an early mediation is imperative, as the case will have little chance of settlement after the parties engage in extensive discovery. The time to attempt to resolve this case is now, before the parties expend significant time and money in this matter. If this case is litigated over the next several months, the attorneys' fees issue alone will make this case virtually impossible to settle. Defendants will simply not be interested in resolving the case at that time after spending a significant amount of money defending the case, and faced with the likely request for fees by Plaintiffs' counsel. Because now is the best time to attempt to resolve this case, the Defendants respectfully request that the Court enter an Order referring this case to the Mediation Program pursuant to LCvR 84.4(a)(2). Defendants further request that this matter be stayed for at least forty-five (45) days to allow the mediation to occur.

### III.     CONCLUSION.

Based on the foregoing, Defendants request that their Motion to Refer this Case to the Mediation Program pursuant to Local Rule 84.4(a)(2) be GRANTED.

Dated: August 1, 2007

By  s/  Jennifer L. Holsman
Daniel P. Struck, DC Bar No. CO0037
Jennifer L. Holsman, DC Bar No. 495296
Rachel Love Halvorson, Bar No. 019881
*(Appearing Pro Hac Vice)*
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Facsimile: (602) 263-1784

1740110.1

>Paul J. Maloney, DC Bar No. 362533
>Mariana D. Bravo, DC Bar No. 374809
>CARR MALONEY, P.C.
>1615 L Street, N.W., Suite 500
>Washington, DC   20036
>Telephone:      (202) 310-5500
>Facsimile:       (202) 310-5555
>
>Attorneys for Defendants, *Corrections Corporation of America and District of Columbia*

Foregoing filed *electronically* this 1st day of August, 2007.

_____/s/ Jennifer L. Holsman_____

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2007 a copy of the foregoing was served by First Class U.S. Mail on the following parties:

Thomas C. Hill, Esq.
Ashley McDonald, Esq.
Ellen Cohen, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, D.C. 20037-1128
Attorneys for *Plaintiffs*

Philip Fornaci, Esq.
Deborah M Golden, Esq.
D.C. PRISONERS' PROJECT
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS
    AND URBAN AFFAIRS
11 Dupont Circle, Suite 400
Washington, D.C. 20036
Attorneys for *Plaintiffs*

Shana L. Frost, Esq.
Assistant Attorney General
OFFICE OF THE DISTRICT ATTORNEY
    FOR THE DISTRICT OF COLUMBIA
441 4th St., NW 6S051
Washington, DC 20001
Attorneys for Defendant *District of Columbia*

Dwight Murray, Esq.
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue., N.W.
Suite 600
Washington, D.C. 20026
Attorney for Defendants *McKnight and Gant*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W.
Suite 500
Washington, DC   20036
Attorneys for Defendants, *Corrections Corporation of America and District of Columbia*

s/ Jennifer L. Holsman

- 7 -

1740110.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>　　　　　Defendant. | Civil Action No. 1:06-cv-02203-ESH |

### ORDER GRANTING DEFENDANTS DISTRICT OF COLUMBIA AND CORRECTIONS CORPORATION OF AMERICA'S MOTION TO REFER THIS CASE TO THE MEDIATION PROGRAM PURSUANT TO LCvR 84.4(a)(2)

Upon consideration of the foregoing Motion to Refer Case to Mediation Program Pursuant to LCvR 84.4(a)(2), filed by Defendants, District of Columbia and Corrections Corporation of America, and responses and replies thereto, it is hereby ORDERED this _____ day of August, 2007, granting Defendants' Motion.

This case shall be referred to the Mediation Program to be set for mediation within the next thirty (30) days.

It is further ORDERED that this matter stayed for forty-five (45) days in order to allow the case to be mediated pursuant to LCvR 84.4(a)(2).

_____
Ellen S. Huvelle
Judge of the United States District Court

1740110.1