## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE<br>  and<br>JANE ROE,<br>   Plaintiffs,<br>  v.<br>DISTRICT OF COLUMBIA,<br>  and<br>CORRECTIONS CORPORATION OF AMERICA, INC.,<br>  and<br>ELRY MCKNIGHT,<br>  and<br>JOHN GANT,<br>   Defendants. | 1:06-cv-02203 (ESH) |

### ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Thomas C. Hill hereby gives notice of his entry of appearance as counsel for Plaintiffs Jane Doe and Jane Roe in the above-captioned case.

DATED: August 7, 2007    Respectfully submitted,

              /s/ Thomas C. Hill
              Thomas C. Hill (D.C. Bar # 242974)
              PILLSBURY WINTHROP SHAW PITTMAN LLP
              2300 N Street, N.W.
              Washington, D.C. 20037-1128
              Telephone: (202) 663-8000
              Facsimile: (202) 663-8007

              Counsel for Plaintiffs

1755533.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, a copy of the foregoing Entry of Appearance was filed electronically and served via first-class postage-prepaid U.S. Mail on the following counsel:

>Shana Lyn Frost
>OFFICE OF THE ATTORNEY GENERAL FOR THE
>DISTRICT OF COLUMBIA
>441 Fourth Street, NW
>6th Floor South
>Washington, DC 20001

>Paul J. Maloney
>Marina del Valle Bravo
>CARR MALONEY, P.C.
>1615 L Street, NW
>Fifth Floor
>Suite 500
>Washington, DC 20036

>Dwight D. Murray
>JORDAN, COYNE & SAVITS, LLP
>1100 Connecticut Avenue, NW
>Suite 600
>Washington, DC 20036

>Daniel P. Struck
>Jennifer L. Holsman
>Rachel Love Halvorson
>JONES, SKELTON & HOCHULI
>2901 North Central Avenue
>Suite 800
>Phoenix, AZ 85012

>/s/ Thomas C. Hill
>Thomas C. Hill