CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

| UNIT REPRESENTATIVE: | ATTORNEY (PRO SE) FIX SPECIALIST: |
|---|---|
| G Add Attorney and address to system | G Pro Se moved to new address |
| **SYSTEMS OFFICE:** | G Attorney moved to new address |
| G Firm moved to new address    G Verified | G Attorney has multiple addresses |
| G Address correction/modification | **ATTORNEY ADMISSION OFFICE:** |
| ☒ Person Name change/correction | G Create flag: |
| G Firm Name change/correction | G Government   G Gvt Not Certified   G RTC Attorney |
| G Create Flag:   G Pro Bono   G Pro Hac Vice | G Attorney listed with "provisional" flag |
| G Other: | G Attorney listed with "incomplete" flag |

Case No.: **1:06 CV 02203**     ☒ Attorney      G Pro Se

Bar ID No.: **019881**     Prisoner ID No.: _____

Name: **RACHEL LOVE**

## OLD ADDRESS:

Office: _____

Unit: _____

Address: _____

City: _____ State: _____ Zip: _____

Telephone: _____

## NEW ADDRESS:

Office: _____

Unit: _____

Address: _____

City: _____ State: _____ Zip: _____

Telephone: _____

COMMENTS: **NAME CHANGE FROM RACHEL LOVE HALVORSON TO RACHEL LOVE**

DATE: _____ Deputy Clerk: _____