IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>        Plaintiff,<br><br>    v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>        Defendant. | Civil Action No. 1:06-cv-02203-ESH |

### REQUEST TO ATTEND NOVEMBER 1, 2007, STATUS HEARING TELEPHONICALLY

    Defendants Corrections Corporation of America ("CCA") and District of Columbia ("DC"), through counsel, respectfully request this Court permit Attorney Jennifer Holsman to participate in the November 1, 2007, 10:00 a.m. Status Hearing by telephonic conference call. Daniel Struck, co-counsel for Defendants CCA and DC, will appear at the hearing in person. Plaintiffs' counsel and counsel for Defendants Gant and McKnight have consented to the filing of this Motion.

Dated: October 29, 2007

                                                  By:    s/Jennifer Holsman
                                                          Daniel P. Struck, DC Bar No. CO0037
                                                          Jennifer L. Holsman, DC Bar No. 495296
                                                          Rachel Love, AZ Bar No. 019881
                                                          JONES, SKELTON & HOCHULI, P.L.C.
                                                          2901 North Central Avenue, Suite 800
                                                          Phoenix, Arizona  85012
                                                          Telephone:  (602) 263-1700
                                                          Facsimile:   (602) 263-1784

>Paul J. Maloney, DC Bar No. 362533
>Colleen Durbin, DC Bar No. 500039
>CARR MALONEY, P.C.
>1615 L Street, N.W., Suite 500
>Washington, DC   20036
>Telephone:      (202) 310-5500
>Facsimile:       (202) 310-5555
>Attorneys for Defendants, *Corrections Corporation of America and District of Columbia*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, the original of the foregoing was filed with the Court and a copy of the foregoing Request to Attend November 1, 2007, Status Hearing Telephonically was served by Electronic Case Filing on the following parties and U.S. Mail, first-class, postage prepaid:

>Thomas C. Hill
>Ashley McDonald
>Ellen Cohen
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>2300 N. Street, N.W.
>Washington, D.C. 20037-1128
>*Attorneys for Plaintiffs*

>Philip Fornaci
>Deborah M Golden
>D.C. Prisoners' Project
>Washington Lawyers' Committee for Civil Rights
>   and Urban Affairs
>11 Dupont Circle, Suite 400
>Washington, D.C. 20036
>*Attorneys for Plaintiffs*

>District of Columbia
>c/o Shana L. Frost, Assistant Attorney General
>441 4th St., NW 6S051
>Washington, DC 20001
>*Attorney for Defendant District of Columbia*

>Dwight Murray
>Jordan Coyne & Savits, L.L.P.
>1100 Connecticut Avenue., N.W.
>Suite 600
>Washington, D.C. 20026
>*Attorney for Defendants McKnight and Gant*

                /s/ Jennifer L. Holsman                    1740110.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>        Plaintiff,<br><br>  v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>        Defendant. | Civil Action No. 1:06-cv-02203-ESH |

## **ORDER**

      Upon consideration of the attached Defendants' Consent Motion To Attend November 1, 2007, Status Hearing Telephonically, it is hereby ORDERED this _____ _____ day of October, 2007, permitting attorney Jennifer Holsman to participate in the Status Hearing set for November 1, 2007 at 10:00 a.m. by telephonic conference call.

_____
Honorable Ellen S. Huvelle
United States District Court Judge