UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| | ) Civil Action No. 06-2203 (ESH) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER OF REFERRAL

It is hereby

**ORDERED** this matter is referred to Magistrate Judge Alan Kay for all discovery disputes. On any filing related to discovery disputes, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Kay following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Dated: 11/1/2007

cc:   Magistrate Judge Alan Kay