IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe and Jane Roe,<br><br>                Plaintiff,<br><br>   v.<br><br>District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,<br><br>                Defendant. | Civil Action No. 1:06-cv-02203 |

**NOTICE OF FILING EXHIBITS UNDER SEAL**

    Defendants, District of Columbia and Corrections Corporation of America, hereby give Notice to the parties that the exhibits to the Amended Statement of Points and Authorities in Support of Defendants District of Columbia and Corrections Corporation of America's Amended Renewed Objection to Plaintiffs' Motion to Proceed Under Pseudonym [dkt. #49] were filed under seal pursuant to the Protective Order dated April 10, 2007 [dkt. #28], by delivering two sealed copies to the Office of the Clerk of the United States District Court for the District of Columbia. A copy of the cover sheet to the exhibits stamped by the Clerk's Office is hereto as Exhibit A.

Dated: November 19, 2007

                                                  By:   /s/ Daniel P. Struck
                                                          Daniel P. Struck, DC Bar No. CO0037
                                                          Jennifer L. Holsman, DC Bar No. 495296
                                                          Rachel Love, AZ Bar No. 019881
                                                          JONES, SKELTON & HOCHULI, P.L.C.
                                                          2901 North Central Avenue, Suite 800
                                                          Phoenix, Arizona 85012
                                                          Telephone:    (602) 263-1700
                                                          Facsimile:     (602) 263-1784

       Paul J. Maloney, DC Bar No. 362533
       Colleen Durbin, DC Bar No. 500039
       CARR MALONEY, P.C.
       1615 L Street, N.W., Suite 500
       Washington, DC   20036
       Telephone:    (202) 310-5500
       Facsimile:    (202) 310-5555
       Attorneys for Defendants, *Corrections Corporation of America and District of Columbia*

Foregoing filed *electronically*
this 19th day of November, 2007:

    /s/ Carol S. Madden

## CERTIFICATE OF SERVICE

    I hereby certify that on November 19, 2007, a copy of the foregoing Notice of Filing Exhibits under Seal was served by First Class U.S. Mail on the following parties:

Thomas C. Hill
Ashley McDonald
Ellen Cohen
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, D.C. 20037-1128
Attorneys for *Plaintiffs*

Philip Fornaci
Deborah M Golden
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil Rights
   and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
Attorneys for *Plaintiffs*

District of Columbia
c/o Shana L. Frost, Assistant Attorney General
441 4th St., NW 6S051
Washington, DC 20001
Attorney for Defendant *District of Columbia*

Dwight Murray
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue., N.W.
Suite 600
Washington, D.C. 20026
Attorney for Defendants *McKnight and Gant*


                                    /s/ Jennifer L. Holsman


1845065.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Jane Doe and Jane Roe,

        Plaintiff,

  v.

District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,

        Defendant.

Civil Action No. 1:06-cv-02203 ESH



### EXHIBITS TO *AMENDED* DEFENDANTS DISTRICT OF COLUMBIA AND CORRECTIONS CORPORATION OF AMERICA'S RENEWED OBJECTION TO PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM [DKT. #49]

DOCUMENTS SUBJECT TO PROTECTIVE ORDER [DOC. #28],
(ENTERED APRIL 10, 2007)