IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE & JANE ROE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>)<br>)<br>) | 1:06-cv-02203 (ESH) |

## ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Ellen Connelly Cohen hereby gives notice of her entry of appearance as counsel for Plaintiffs Jane Doe and Jane Roe in the above-captioned case.

DATED:  December 21, 2007          Respectfully submitted,

/s/ Ellen Connelly Cohen
Ellen Connelly Cohen (D.C. Bar # 976677)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
Telephone:    (202) 663-8000
Facsimile:    (202) 663-8007

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2007, a copy of the foregoing Entry of Appearance was filed electronically and served via first-class postage-prepaid U.S. Mail on the following counsel:

>Shana Lyn Frost
>OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
>441 Fourth Street, NW
>6th Floor South
>Washington, DC 20001

>Paul J. Maloney
>Marina del Valle Bravo
>CARR MALONEY, P.C.
>1615 L Street, NW
>Fifth Floor
>Suite 500
>Washington, DC 20036

>Dwight D. Murray
>JORDAN, COYNE & SAVITS, LLP
>1100 Connecticut Avenue, NW
>Suite 600
>Washington, DC 20036

>Daniel P. Struck
>Jennifer L. Holsman
>Rachel Love
>JONES, SKELTON & HOCHULI
>2901 North Central Avenue
>Suite 800
>Phoenix, AZ 85012

>      /s/ Ellen Connelly Cohen
>      Ellen Connelly Cohen