IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Jane Doe and Jane Roe,

           Plaintiff,

    v.

District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,

           Defendant.

Civil Action No. 1:06-cv-02203

## DEFENDANTS CORRECTIONS CORPORATION OF AMERICA AND THE DISTRICT OF COLUMBIA'S MOTION TO UPDATE CAPTION

Defendants Corrections Corporation of America and the District of Columbia, submit this Motion to Update the Caption in this matter. The Plaintiffs and Defendants McKnight and Gant do not have any objection to the filing of this Motion.

On November 16, 2007, the Court denied Plaintiff's Motion to Proceed Under Pseudonym. The Court's Order stated that, "[t]he privacy interests of these plaintiffs, who have voluntarily initiated this civil action and apparently communicated with members of the press about their allegations, do not outweigh the "customary and constitutionally-embedded presumption of openness in judicial proceedings" in which all parties are identified. *Doe v. Stegall*, 653 F.2d 180, 186 (5th Cir. 1981); *see also Doe v. Shakur*, 164 F.R.D. 359, 361 (S.D.N.Y. 1996).

As a result of the Court's Order, Defendants respectfully request that the caption and all court identifiers in this matter be updated to reflect the Plaintiffs' names: Melissa Hughes and Liliana Brito a/k/a Liliana Gonzalez.

Dated: January 14, 2008

By:     s/  Jennifer L. Holsman
      Daniel P. Struck, DC Bar No. CO0037
      Jennifer L. Holsman, DC Bar No. 495296
      Rachel Love, AZ Bar No. 019881
      JONES, SKELTON & HOCHULI, P.L.C.
      2901 North Central Avenue, Suite 800
      Phoenix, Arizona  85012
      Telephone:         (602) 263-1700
      Facsimile: (602) 263-1784

      Paul J. Maloney, DC Bar No. 362533
      Colleen Durbin, DC Bar No. 500039
      CARR MALONEY, P.C.
      1615 L Street, N.W., Suite 500
      Washington, DC   20036
      Telephone:         (202) 310-5500
      Facsimile:         (202) 310-5555
      Attorneys for Defendants, *Corrections Corporation of America and District of Columbia*

Foregoing filed ***electronically***
this 14th day of January, 2008:


 s/ Jennifer L. Holsman

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 14, 2008, a copy of the foregoing was served by First

Class U.S. Mail on the following parties:

Thomas C. Hill
Ashley McDonald
Ellen Connelly Cohen
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, D.C. 20037-1128
Attorneys for *Plaintiffs*


Philip Fornaci
Deborah M Golden
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil Rights
   and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
Attorneys for *Plaintiffs*


District of Columbia
c/o Shana L. Frost, Assistant Attorney General
441 4th St., NW 6S051
Washington, DC 20001
Attorney for Defendant *District of Columbia*


Dwight Murray
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue., N.W.
Suite 600
Washington, D.C. 20026
Attorney for Defendants *McKnight and Gant*


　　　　　　　　　　/s/ Jennifer L. Holsman

1863025.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Jane Doe and Jane Roe,

              Plaintiff,

    v.

District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant,

              Defendant.

Civil Action No. 1:06-cv-02203

### ORDER

Upon consideration of Defendants Corrections Corporation of America and the District of Columbia's Motion to Update the Caption, and good cause appearing, it is hereby:

**ORDERED** this _____ day of _____, 2008, that Defendants Corrections Corporation of America and the District of Columbia's Motion to Update the Caption is **GRANTED.**

_____
Hon. Ellen S. Huvelle
JUDGE OF THE UNITED STATES DISTRICT COURT
for the District of Columbia

SERVE:

Thomas C. Hill
Ashley McDonald
Ellen Connelly Cohen
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, D.C. 20037-1128
Attorneys for *Plaintiffs*

Philip Fornaci
Deborah M Golden
D.C. Prisoners' Project
Washington Lawyers' Committee for Civil Rights
    and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
Attorneys for *Plaintiffs*

District of Columbia
c/o Shana L. Frost, Assistant Attorney General
441 4th St., NW 6S051
Washington, DC 20001
Attorney for Defendant *District of Columbia*

Dwight Murray
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue., N.W.
Suite 600
Washington, D.C. 20026
Attorney for Defendants *McKnight and Gant*

Daniel P. Struck
Jennifer L. Holsman
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Paul J. Maloney
Mariana D. Bravo
Carr Maloney, P.C.
1615 L Street, N.W., Fifth Floor
Washington, DC   20036
Attorneys for Defendant Corrections Corporation of America

1863116.1