IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA HUGHES,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06cv02203 (ESH) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(b) of the U.S. District Court for the District of Columbia, Ashley McDonald hereby gives notice her withdrawal of appearance as counsel for Plaintiffs Melissa Hughes and Liliana Brito, due to Ms. McDonald's upcoming departure from Pillsbury Winthrop Shaw Pittman. Thomas C. Hill and Ellen Connelly Cohen will continue to represent Plaintiffs in the above-captioned matter.

DATED: May 2, 2008                    Respectfully submitted,

/s/ Ashley McDonald
Ashley McDonald (D.C. Bar #486054)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000

400814215v1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008, a copy of the foregoing Notice of Withdrawal of Appearance was filed electronically and served via first-class postage-prepaid U.S. Mail on the following counsel:

>Shana Lyn Frost
>OFFICE OF THE ATTORNEY GENERAL FOR THE
>DISTRICT OF COLUMBIA
>441 Fourth Street, NW
>6th Floor South
>Washington, DC 20001

>Paul J. Maloney
>Marina del Valle Bravo
>CARR MALONEY, P.C.
>1615 L Street, NW
>Fifth Floor
>Suite 500
>Washington, DC 20036

>Dwight D. Murray
>JORDAN, COYNE & SAVITS, LLP
>1100 Connecticut Avenue, NW
>Suite 600
>Washington, DC 20036

>Daniel P. Struck
>Jennifer L. Holsman
>Rachel Love
>JONES, SKELTON & HOCHULI
>2901 North Central Avenue
>Suite 800
>Phoenix, AZ 85012

/s/ Ellen Connelly Cohen

1755533.1