REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-L

Co 299 (Revised-DC 03/00)

CAUSE OF ACTION: 28:1331 Federal Question: Other Civil Rights

| CASE NO:<br>CA 06-2203 | DATE REFERRED:<br>8/20/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement | JUDGE:<br>Ellen Segal Huvelle | MAG. JUDGE<br>Alan Kay |
|---|---|---|---|---|

| PLAINTIFF (S) :<br>Mellissa Hughes, et al | DEFENDANT(S):<br>District of Columbia, et al |
|---|---|

ENTRIES: