IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MELISSA HUGHES**, *et al.*, | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 1:06cv02203 (ESH) |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) ) ) |  |
| Defendants. | ) ) ) |  |

**PARTIES' JOINT CONSENT MOTION FOR STAY OF DEPOSITION DISCOVERY
AND TO VACATE ALL DISCOVERY DEADLINES**

The parties, Plaintiffs Melissa Hughes and Liliana Brito (collectively, "Plaintiffs"), and Defendants District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant (collectively, "Defendants"), by and through undersigned counsel, respectfully request that the Court stay all deposition discovery and vacate all discovery deadlines to dates to be subsequently determined by the Court, pending the outcome of a Settlement Mediation now scheduled for October 15, 2008, before Magistrate Judge Alan Kay.

The grounds for this motion are fully set forth in the accompanying Memorandum of Law in Support of the Parties' Joint Consent Motion for Stay of Deposition Discovery and to Vacate All Discovery Deadlines, the contents of which are incorporated herein by reference.

DATED: September 1, 2008                    Respectfully submitted,

/s/ Ellen Connelly Cohen
Thomas C. Hill (D.C. Bar #242974)
Ellen Connelly Cohen (D.C. Bar # 976677)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
*Counsel for Plaintiffs*


/s/ Daniel P. Struck
Daniel P. Struck (D.C. Bar # CO0037)
Jennifer L. Holsman (D.C. Bar # 495296)
Rachel Love
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
(602) 263-1700
*Counsel for Defendants Corrections Corporation of America and District of Columbia*



/s/ Dwight D. Murray
Dwight D. Murray
JORDAN COYNE & SAVITS, L.L.P.
100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20026
*Counsel for Defendants McKnight and Gant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA HUGHES,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06cv02203 (ESH) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**MEMORANDUM OF LAW IN SUPPORT OF PARTIES' JOINT CONSENT MOTION
FOR STAY OF DEPOSITION DISCOVERY
AND TO VACATE ALL DISCOVERY DEADLINES**

The parties, Plaintiffs Melissa Hughes and Liliana Brito (collectively, "Plaintiffs"), and Defendants District of Columbia, Corrections Corporation of America, Elry McKnight and John Gant (collectively, "Defendants"), by and through undersigned counsel, respectfully request that the Court stay all deposition discovery and vacate all discovery deadlines to dates to be subsequently determined by the Court, pending the outcome of a Settlement Mediation now scheduled for October 15, 2008, before Magistrate Judge Alan Kay. In support thereof, the parties state as follows:

1. On October 1, 2007, the parties participated in a settlement conference before Magistrate Judge Alan Kay. The parties did not reach settlement at that time.

2. By Scheduling Order entered on November 1, 2007, the Court ordered the parties to complete all discovery in this matter by December 8, 2008.

3. The Scheduling Order also set deadlines for the parties to identify their expert witnesses pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. Plaintiffs are

scheduled to identify their expert witness by September 2, 2008, and Defendants are scheduled to identify their expert witness by October 2, 2008.

4. To date, the parties have engaged in written discovery, with each side propounding document requests, interrogatories, and responses thereto.

5. There are still unresolved and outstanding written discovery requests and Defendants have recently notified Plaintiffs that they have discovered additional documents which they intend to produce shortly, as well as a privilege log.

6. The parties are prepared to commence deposition discovery, and have discussed a deposition schedule and lists of proposed deponents.

7. The parties have agreed to make one further effort at settling this matter before entering a lengthy and costly phase of deposition discovery.

8. On August 20, 2008, this matter was referred to Magistrate Judge Alan Kay for mediation and settlement purposes.

9. The parties initially proposed a settlement conference date of September 10, 2008. The Court was subsequently informed that approximately 40 days' notice is required to transport Plaintiff Hughes, who is incarcerated in a federal institution, to participate in the mediation.

10. The settlement conference has now been scheduled for October 15, 2008.

11. No party would be prejudiced by the requested stay of deposition discovery and vacating all discovery deadlines. In fact, a stay of deposition discovery and vacated discovery deadlines would enable the parties to focus on the settlement conference and improve the chances of settling this matter. Counsel for all parties have consented to the relief requested herein.

400935235v1

Accordingly, the parties respectfully request that the Court stay all deposition discovery and vacate all discovery deadlines to dates to be subsequently determined by the Court, pending the outcome of a Settlement Mediation scheduled for October 15, 2008.

DATED: September 1, 2008

Respectfully submitted,

/s/ Ellen Connelly Cohen
Thomas C. Hill (D.C. Bar #242974)
Ellen Connelly Cohen (D.C. Bar # 976677)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
*Counsel for Plaintiffs*

/s/ Daniel P. Struck
Daniel P. Struck (D.C. Bar # CO0037)
Jennifer L. Holsman (D.C. Bar # 495296)
Rachel Love
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
(602) 263-1700
*Counsel for Defendants Corrections Corporation of America and District of Columbia*

/s/ Dwight D. Murray
Dwight D. Murray
JORDAN COYNE & SAVITS, L.L.P.
100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20026
*Counsel for Defendants McKnight and Gant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELISSA HUGHES**, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA**, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:06cv02203 (ESH) |

## PROPOSED ORDER

Before the Court is Parties' Joint Consent Motion for Stay of Deposition Discovery and to Vacate All Discovery Deadlines. Upon consideration of the Parties' Motion and the entire record herein, it is this _____ day of _____, 2008:

**ORDERED** that the Parties' Joint Consent Motion be and hereby is **granted**; and it is

**FURTHER ORDERED** that deposition discovery is stayed and all discovery deadlines are vacated to dates to be determined by the Court, pending the outcome of a Settlement Mediation to be held on October 15, 2008, before Magistrate Judge Alan Kay.

_____
Hon. Ellen Segal Huvelle
United States District Judge

400935237v1